## LIST OF EXHIBITS ATTACHED

| | | |
|---|---|---|
| 1. | Medical Records of Plaintiff's History of Diabetes | Exhibit 1 |
| 2. | Medical Records of Dr. Lopez Denying Diabetes Medication | Exhibit 2 |
| 3. | Medical Records of Plaintiff's Toe Amputation | Exhibit 3 |
| 4. | FBOP's denial of Plaintiff's BP-11 | Exhibit 4 |
| 5. | Affidavit of Plaintiff | Exhibit 5 |

**EXHIBIT-1**

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M    Race: WHITE | Facility: | MCR |
| Note Date: | 03/27/2014 15:18 | Provider: | West, Jennifer APRN | Unit: | Z01 |

Medication Reconciliation encounter performed at Health Services.

**RECEIVED**

**Administrative Notes:**

**FEB 1 5 2022**

   **ADMINISTRATIVE NOTE   1**       **Provider:** West, Jennifer APRN

   Inmate arrived in A & O medications reconciled pending follow up.

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**ASSESSMENTS:**

   Diabetes, type II w/oth spec manifestation, uncont, 250.82 - Current, Chronic, Not Assessed

   Hyperlipidemia, mixed, 272.2 - Current, Chronic, Not Assessed

   Hypertension, Benign Essential, 401.1 - Current, Chronic, Not Assessed

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 372029-OKL | Lisinopril 20 MG Tab | 03/27/2014 15:18 | Take one tablet by mouth each day x 14 day(s) |
| | **Indication:** Hypertension, Benign Essential | | |
| | **One Time Dose Given:** No | | |
| 372030-OKL | metFORMIN  500 MG Tab | 03/27/2014 15:18 | Take one and one-half (1 and 1/2)tablets (750mg) by mouth twice daily x 14 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |
| | **One Time Dose Given:** No | | |
| 372031-OKL | Simvastatin 20 MG Tab | 03/27/2014 15:18 | Take one tablet by mouth at bedtime x 14 day(s) |
| | **Indication:** Hyperlipidemia, mixed | | |
| | **One Time Dose Given:** No | | |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by West, Jennifer APRN on 03/27/2014 15:21

**Bureau of Prisons**
**Health Services**

## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: WHITE | Facility: | MCR |
| Note Date: | 03/31/2014 09:11 | Provider: | Onuoha, Jude M.D./CD | | Unit: | Z01 |

Chronic Care encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Onuoha, Jude M.D./CD
        see h & p done today for CCC and medical decision making

**Seen for clinic(s):** Diabetes, Endocrine/Lipid
**Added to clinic(s):** Diabetes, Endocrine/Lipid

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Onuoha, Jude M.D./CD on 03/31/2014 09:13

**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MUNIZ, ROLANDO | **Facility** USP McCreary | **Collected** 04/01/2014 6:23 |
| **Reg #** 81986-280 | **BUX Unit** | **Received** 04/02/2014 10:26 |
| **DOB** 08/24/1980 | **Provider** Jude Onuoha, MD | **Reported** 04/02/2014 19:09 |
| **Sex** M | | **LIS ID** 092141292 |

## CHEMISTRY, URINE

Random mAlB Creat ratio:
Category          Result
Normal            Less than 30
Microalbuminuria  30 - 299
Clinical albuminuria   Greater than 300
The ADA recommends that at least two of three specimens collected within a 3 - 6 month
period be abnormal before considering a patient to be within a diagnostic category.
ADA Diabetes Care, Col. 34: S34, 2011 299ADA Diabetes Care V34 S34 2011e

## SPECIAL CHEMISTRY

| | | | | |
|---|---|---|---|---|
| TSH | | 0.474 | 0.350-4.940 | uIU/mL |

## HEMATOLOGY / COAG

| | | | | |
|---|---|---|---|---|
| WBC | | 9.8 | 4.0-11.0 | K/uL |
| RBC | | 4.88 | 4.50-6.00 | M/uL |
| HGB | L | 13.3 | 13.5-18.0 | g/dL |
| HCT | | 40.7 | 40.0-52.0 | % |
| MCV | | 83.5 | 80.0-100.0 | fL |
| MCH | | 27.3 | 25.4-34.6 | pg |
| MCHC | | 32.7 | 31.0-37.0 | g/dL |
| RDW | H | 15.3 | 11.0-15.0 | % |
| Platelet | | 211 | 150-400 | K/uL |
| MPV | H | 11.1 | 7.0-11.0 | fL |
| Neutrophils # | | 5.3 | 1.5-7.1 | K/uL |
| Lymphocytes # | H | 3.5 | 0.9-3.3 | K/uL |
| Monocytes # | | 0.7 | 0.3-1.1 | K/uL |
| Eosinophil # | | 0.3 | 0.0-0.7 | K/uL |
| Basophil # | | 0.1 | 0.0-0.2 | K/uL |
| Neutrophils % | | 53.9 | 40.0-75.0 | % |
| Lymphocytes % | | 35.6 | 15.0-45.0 | % |
| Monocytes % | | 6.8 | 6.0-15.0 | % |
| Eosinophils % | | 2.9 | 0.0-7.0 | % |
| Basophils % | | 0.8 | 0.0-2.0 | % |

## HEMOGLOBIN A1C

| | | | | |
|---|---|---|---|---|
| Hemoglobin A1C | H | 7.9 | 4.0-6.0 | % |

| **FLAG LEGEND** | L=Low  L!=Low Critical | H=High  H!=High Critical | A=Abnormal  A! =Abnormal Critical |
|---|---|---|---|

Federal
Bureau of
Prisons

FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** MUNIZ, ROLANDO | **Facility** USP McCreary | **Collected** 04/01/2014 6:23 |
| **Reg #** 81986-280 | **BUX Unit** | **Received** 04/02/2014 10:26 |
| **DOB** 08/24/1980 | **Provider** Jude Onuoha, MD | **Reported** 04/02/2014 19:09 |
| **Sex** M | | **LIS ID** 092141292 |

## CHEMISTRY, URINE

## HEPATITIS

| | | |
|---|---|---|
| HBsAg | Non-Reactive | Non-Reactive |
| HBsAb | Non-Reactive | Non-Reactive |
| Hep A IgM | Non-Reactive | Non-Reactive |
| HCV | Non-Reactive | Non-Reactive |

| **FLAG LEGEND** | L=Low  Ll=Low Critical | H=High  Hl=High Critical | A=Abnormal  Al =Abnormal Critical |
|---|---|---|---|

Page 3 of 4

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/02/2014 13:32 | Provider: | Hall, Paul RN | Facility: | SEA |

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 395316-OKL | metFORMIN 500 MG Tab | 07/02/2014 13:32 | Take one and one-half (1 and 1/2)tablets (750mg) by mouth twice daily -- note dosage x 60 day(s) |

Start Now: Yes

Night Stock Rx#:

Source: In-transit meds

Admin Method: Self Administration

Stop Date: 08/31/2014 13:31

MAR Label:

One Time Dose Given: Yes

| 395317-OKL | Simvastatin 20 MG Tab | 07/02/2014 13:32 | Take one tablet by mouth at bedtime x 60 day(s) |
|---|---|---|---|

Start Now: Yes

Night Stock Rx#:

Source: In-transit meds

Admin Method: Self Administration

Stop Date: 08/31/2014 13:31

MAR Label:

One Time Dose Given: Yes

Instructed inmate how to obtain medical, dental, and mental health care.

Copay Required: No     Cosign Required: Yes

Telephone/Verbal Order: Yes     By: Duckworth, A. MD

Telephone or Verbal order read back and verified.

Completed by Hall, Paul RN on 07/02/2014 13:41

Requested to be cosigned by Duckworth, A. MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Resto, William MD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M   Race: WHITE | Facility: | MCR |
| Note Date: | 04/20/2017 18:07 | Provider: | McKiddy, Crystal PA-C | Unit: | Z04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

> **ADMINISTRATIVE NOTE  1**        **Provider:** McKiddy, Crystal PA-C
> Inmates labs reviewed noted to not be have sufficient immunity to hep b; will order vaccine.
>
> A1c 7.8% at this time; will adjust medication and order follow up labs

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | metFORMIN Tablets | 04/20/2017 18:07 | 1000mg Orally  -  Two Times a Day x 180 day(s) |

   **Indication:** Diabetes, type II w/oth spec manifestation, uncont

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| *163727-MCR* | *metFORMIN  500 MG Tab* | *04/20/2017 18:07* | *Take one tablet (500 MG) by mouth twice daily* |

   **Discontinue Type:**   *When Pharmacy Processes*
   **Discontinue Reason:** *new order written*
   **Indication:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC | One Time | 10/17/2017 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Lab Tests-F-Ferritin | | | |
| Lab Tests-I-Iron | | | |
| Lab Tests-I-Iron & TIBC (%sat) | | | |
| Chronic Care Clinics-Diabetic-Microalbumin & Creatinine, Urine Random | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

   **Labs requested to be reviewed by:**   Cunnagin, Carrie DO

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Hepatitis B Series Immunization | 04/21/2017 00:00 | IOP/IDC |
| Start Hep B series | | |

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M   Race: WHITE | Facility: | MCR |
| Note Date: | 05/30/2017 15:26 | Provider: | Cunnagin, Carrie DO | Unit: | Z04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE  1**        **Provider:**  Cunnagin, Carrie DO

Order for metformin 1000mg BID placed. Inmate reports he hasn't had any metformin for 2 weeks.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 163725-MCR | Atorvastatin 10 MG Tab | 05/30/2017 15:26 | Take one tablet (10 MG) by mouth each day Note: this replaces Simvastatin x 180 day(s) |
| | **Indication:** Hyperlipidemia, mixed | | |
| 163726-MCR | Lisinopril 10 MG Tab | 05/30/2017 15:26 | Take one tablet (10 MG) by mouth each day x 180 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |
| 166116-MCR | metFORMIN 1000 MG Tab | 05/30/2017 15:26 | Take one tablet (1000 MG)  by mouth two times a day x 180 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No


Completed by Cunnagin, Carrie DO on 05/30/2017 15:29

| | | | |
|---|---|---|---|
| Inmate Name: MUNIZ, ROLANDO | | | Reg #: 81986-280 |
| Date of Birth: 08/24/1980 | Sex: M   Race: WHITE | | Facility: MNA |
| Encounter Date: 06/16/2017 08:00 | Provider: Floyd, Brett RN | | Unit: C01 |

Wheelchair given to reduce compression of feet.
Stay off your feet as much as possible
Do not walk around without shoes on.
Check your feet daily.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/16/2017 | Handout | Diabetes - Foot Care | Floyd, Brett | Verbalizes Understanding |
| 06/16/2017 | Counseling | Safety/Injury Prevention | Floyd, Brett | Verbalizes Understanding |
| 06/16/2017 | Counseling | Plan of Care | Floyd, Brett | Verbalizes Understanding |
| 06/16/2017 | Counseling | Hand & Respiratory Hygiene | Floyd, Brett | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Albu-Gardner, Nikki MLP
**Telephone or Verbal order read back and verified.**

Completed by Floyd, Brett RN on 06/16/2017 08:25
Requested to be cosigned by Albu-Gardner, Nikki MLP.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/16/2017 08:00 | Provider: | Floyd, Brett RN | Facility: | MNA |

Cosigned with New Encounter Note by Albu-Gardner, Nikki MLP on 06/16/2017 11:08.

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M      Race: WHITE | Facility: | MNA |
| Note Date: | 06/16/2017 11:08 | Provider: | Albu-Gardner, Nikki MLP | Unit: | C01 |

Cosign Note - Clinical Encounter Cosign encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**    **Provider:** Albu-Gardner, Nikki MLP
       He is to use wheelchair and follow up Monday, wound care in clinic.

**Copay Required:** No      **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Albu-Gardner, Nikki MLP on 06/16/2017 11:11

# Bureau of Prisons
# Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/19/2017 13:34 | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

Cosigned with New Encounter Note by Lopez, H. MD/SER MAST PHYSICIAN on 06/27/2017 07:35.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M   Race:  WHITE | Facility: | MNA |
| Encounter Date: | 07/25/2017 10:52 | Provider: | Worlds, Richetta RN, | Unit: | C01 |

Nursing - Follow up encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**    **Provider:** Worlds, Richetta RN, IOP/IDC

**Chief Complaint:** Skin Problem

**Subjective:** Inmate is here today for follow up of blisters to bottom of left foot. Inmate reports area has gotten smaller but has not completely resolved.

**Pain:** No

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/25/2017 | 10:52 MNA | 98.1 | 36.7 | Oral | Worlds, Richetta RN, IOP/IDC |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/25/2017 | 10:52 | 82 | Via Machine | Regular | Worlds, Richetta RN, IOP/IDC |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/25/2017 | 10:52 MNA | 14 | Worlds, Richetta RN, IOP/IDC |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 07/25/2017 | 10:52 MNA | 119/77 | Left Arm | Sitting | Adult-regular | Worlds, Richetta RN, IOP/IDC |

**Exam:**

**General**
  **Appearance**
    Yes: Appears Well, Alert and Oriented x 3

**Skin**
  **General**
    Yes: Within Normal Limits
  **Lesions**
    No: Drainage

**Pulmonary**
  **Observation/Inspection**
    Yes: Within Normal Limits

**Cardiovascular**
  **Observation**
    Yes: Within Normal Limits

**ASSESSMENT:**

Skin Integrity, Alteration in
P: Small, calloused area noted to bottom of left foot. No bleeding or drainage noted to site. Inmate advised to keep area clean, covered. Return to sick call as needed. Inmate voiced understanding of. Will monitor.

| | | | |
|---|---|---|---|
| Inmate Name: MUNIZ, ROLANDO | | Reg #: | 81986-280 |
| Date of Birth: 08/24/1980 | Sex: M   Race: WHITE | Facility: | MNA |
| Encounter Date: 08/08/2017 13:25 | Provider: Albu-Gardner, Nikki MLP | Unit: | C01 |

## New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Terazosin Capsule | 08/08/2017 13:25 | 1 mg Orally  each evening x 180 day(s) |

~~Indication: Diabetes, type II w/oth spec manifestation, uncont~~

| | | | |
|---|---|---|---|
| | Ibuprofen Tablet | 08/08/2017 13:25 | 800 mg Orally  -  three times a day x 7 day(s) |

**Indication:** Low back pain

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-Culture, GC (N. gonorrhoeae)/Chlamydia | One Time | 08/22/2017 00:00 | Routine |
| Lab Tests-C-Culture, Urine | | | |

**Labs requested to be reviewed by:**     Lopez, H. MD/SER MAST PHYSICIAN

## Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 08/08/2017 | Counseling | Access to Care | Albu-Gardner, Nikki | Verbalizes Understanding |
| 08/08/2017 | Counseling | Compliance - Treatment | Albu-Gardner, Nikki | Verbalizes Understanding |
| 08/08/2017 | Counseling | Plan of Care | Albu-Gardner, Nikki | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Albu-Gardner, Nikki MLP on 08/08/2017 13:49

# Bureau of Prisons
# Health Services
## Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex:    M    Race:  WHITE | Facility: | MNA |
| Encounter Date: | 11/20/2017 09:24 | Provider:  Albu-Gardner, Nikki MLP | Unit: | C02 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**          **Provider:** Albu-Gardner, Nikki MLP

**Chief Complaint:** Chronic Care Clinic

**Subjective:** 37 year old male with DM and Hyperlipidemia.  He is being evaluated for possible urinary stricture-recurrent UTI and difficulty urinating.  PSA is normal 0.4  He is also complaining of left hip pain/buttock with radiation into the left leg-to the left calf.  X-Rays of L-spine and Hip are negative.

**Pain:** No

**Seen for clinic(s):** Diabetes, Endocrine/Lipid

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 11/20/2017 | 09:09 | MNA | 97.0 | 36.1 | | Gibson, Kawandra LPN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/20/2017 | 09:09 | 78 | | | Gibson, Kawandra LPN |

**Respirations:**

| Date | Time | | Rate Per Minute | Provider |
|---|---|---|---|---|
| 11/20/2017 | 09:09 | MNA | 16 | Gibson, Kawandra LPN |

**Blood Pressure:**

| Date | Time | | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|---|
| 11/20/2017 | 09:09 | MNA | 126/84 | | | | Gibson, Kawandra LPN |

**Blood Glucose:**

| Date | Time | Value (mg/dl) | Type | Regular Insulin | Provider |
|---|---|---|---|---|---|
| 11/20/2017 | 09:23 | 154 | Random | | Albu-Gardner, Nikki MLP |

**Weight:**

| Date | Time | | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|---|
| 11/20/2017 | 09:09 | MNA | 199.0 | 90.3 | | Gibson, Kawandra LPN |

**Exam:**

**General**
    **Appearance**
        Yes: Appears Well

**Eyes**
    **General**
        Yes: PERRLA, Extraocular Movements Intact
    **Pupils**
        Yes: Normal Appearing

| | | | | |
|---|---|---|---|---|
| Inmate Name: MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: 08/24/1980 | Sex: M | Race: WHITE | Facility: | MNA |
| Encounter Date: 11/20/2017 09:24 | Provider: Albu-Gardner, Nikki MLP | | Unit: | C02 |

**Exam:**

**Fundus Exam**
Yes: Grossly Normal Retina

**Mouth**
**General**
Yes: Within Normal Limits

**Neck**
**General**
Yes: Within Normal Limits

**Pulmonary**
**Observation/Inspection**
Yes: Within Normal Limits

**Auscultation**
Yes: Clear to Auscultation

**Cardiovascular**
**Auscultation**
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G, S3, S4

**Abdomen**
**Auscultation**
Yes: Normo-Active Bowel Sounds

**Palpation**
Yes: Within Normal Limits

**Musculoskeletal**
**Hip**
Yes: Full Range of Motion, Muscle Spasm, Inflammation, Tenderness

**Neurologic**
**Cranial Nerves (CN)**
Yes: Within Normal Limits

**Motor System-General**
Yes: Normal Exam

**Motor System-Strength**
Yes: Normal Muscular Strength

**Exam Comments**
M. Strength intact: able to walk on heels and toes
Monofilament: sensory intact to dorsal and decreased to plantar surfaces B/L
Callouses present, no closed or open lesions
Pedal Pulses palpable B/L


Risk Category:

3  h/o plantar ulcerations

**ASSESSMENT:**

Diabetes, type II w/oth spec manifestation, uncont, 250.82 - Current

Hyperlipidemia, mixed, 272.2 - Current

Tachycardia, unspecified, 785.0 - Resolved

| | | | |
|---|---|---|---|
| Inmate Name:   MUNIZ, ROLANDO | | | Reg #:   81986-280 |
| Date of Birth:   08/24/1980 | Sex:   M   Race:   WHITE | | Facility:   MNA |
| Encounter Date:  11/20/2017 09:24 | Provider:   Albu-Gardner, Nikki MLP | | Unit:   C02 |

Enlarged prostate without lower urinary tract symptoms (BPH), N400 - Current

Low back pain, M545 - Current

Urinary tract infection, site not specified, N390 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Terazosin Capsule | 11/20/2017 09:24 | Orally(1)  2 mg at bedtime x 10 day(s) -- *** (2)  3 mg each evening x 10 day(s) -- *** (3)  5 mg at bedtime x 30 day(s) -- |
| | **Indication:** Enlarged prostate without lower urinary tract symptoms (BPH) | | |
| | MethylPREDNISolone Tab 4 MG ( Dose Pack 21 tab) | 11/20/2017 09:24 | as directed Orally  -   daily x 6 day(s) |
| | **Indication:** Low back pain | | |
| | Ciprofloxacin  Tablet | 11/20/2017 09:24 | 500 mg Orally  -   Two Times a Day x 10 day(s) |
| | **Indication:** Urinary tract infection, site not specified | | |

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 178120-MNA | Atorvastatin 10 MG Tab | 11/20/2017 09:24 | Take one tablet (10 MG) by mouth each day x 180 day(s) |
| | **Indication:** Hyperlipidemia, mixed | | |
| 178121-MNA | Lisinopril 10 MG Tab | 11/20/2017 09:24 | Take one tablet (10 MG) by mouth each day x 180 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |
| 178122-MNA | metFORMIN 1000 MG Tab | 11/20/2017 09:24 | Take one tablet (1000 MG)  by mouth two times a day x 180 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |

### Discontinued Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 180105-MNA | Terazosin HCl  1 MG Cap | 11/20/2017 09:24 | Take one capsule (1 MG) by mouth each evening |

**Discontinue Type:**   When Pharmacy Processes
**Discontinue Reason:** Order changed
**Indication:**

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M    Race:  WHITE | Facility: | MNA |
| Encounter Date: | 11/20/2017 09:24 | Provider: | Albu-Gardner, Nikki MLP | Unit: | C02 |

## Discontinued Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 184166-MNA | Amoxicillin/Clav 875/125MG TAB | 11/20/2017 09:24 | Take one tablet  by mouth twice daily for 10 days |

**Discontinue Type:**  *When Pharmacy Processes*

**Discontinue Reason:** *discontinue*

**Indication:**

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC w/diff | One Time | 12/07/2017 00:00 | Routine |
| Lab Tests - Short List-General-Ferritin | | | |
| Lab Tests-C-Culture, Urine | | | |
| Lab Tests - Short List-General-Iron & TIBC (%sat) | | | |

**Labs requested to be reviewed by:**      Lopez, H. MD/SER MAST PHYSICIAN

## New Non-Medication Orders:

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Blood Pressure | Weekly | 30 days | | Albu-Gardner, Nikki MLP |

## Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

## Other:

Urology and Optometry consults are pending.

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/20/2017 | Counseling | Access to Care | Albu-Gardner, Nikki | Verbalizes Understanding |
| 11/20/2017 | Counseling | Compliance - Treatment | Albu-Gardner, Nikki | Verbalizes Understanding |
| 11/20/2017 | Counseling | Plan of Care | Albu-Gardner, Nikki | Verbalizes Understanding |

**Copay Required:** No        **Cosign Required:**  Yes

**Telephone/Verbal Order:**   No

Completed by Albu-Gardner, Nikki MLP on 11/20/2017 09:48

Requested to be cosigned by  Lopez, H. MD/SER MAST PHYSICIAN.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Medical Duty Status

Reg #:  81986-280                          Inmate Name:  MUNIZ, ROLANDO

## Housing Status

___ confined to the living quarters except  ___meals  ___pill line  ___treatments     Exp. Date: _____

___ on complete bed rest:  ___bathroom privileges only                                 Exp. Date: _____

_X_ cell:  ___cell on first floor  ___single cell  _X_lower bunk  ___airborne infection isolation    Exp. Date: _11/01/2018_

_X_ other:  Diabetic Pill Line                                                         Exp. Date: _12/20/2017_

## Physical Limitation/Restriction

___ all sports                                                                         Exp. Date: _____

___ weightlifting:  ___upper body  ___lower body                                       Exp. Date: _____

___ cardiovascular exercise:  ___running  ___jogging  ___walking  ___softball          Exp. Date: _____
           ___football  ___basketball  ___handball  ___stationary equipment

___ other: _____                            Exp. Date: _____

## May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Alternate Institutional Shoes | 06/16/2017 | 11/01/2020 | |

## Work Restriction / Limitation:

Cleared for Food Service:  _Yes_

_X_ No Restrictions

**Comments:**  N/A

__Albu-Gardner, Nikki MLP__                                    __11/20/2017__
Health Services Staff                                              Date

Inmate Name:  ____MUNIZ, ROLANDO____    Reg #:  _81986-280_   Quarters:  _B04_

***ALL EXPIRATION DATES ARE AT 24:00***

# Bureau of Prisons
## Health Services
## Immunizations

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Begin Date:** 11/29/2016 | | | **End Date:** 11/29/2017 | | | | |
| **Reg #:** 81986-280 | | | **Inmate Name:** MUNIZ, ROLANDO | | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Exp Date |
|---|---|---|---|---|---|---|---|
| Hepatitis B Series | 08/03/2017 | Now | Left Deltoid | 1mL | GSK | 943y5 | 06/30/2019 |
| Orig Entered: 08/03/2017 14:22 EST | | Floyd, Brett RN | | | | | |
| Hepatitis B Series | 05/01/2017 | Now | Right Deltoid | 0.5mL | GSK | H57AC | 09/30/2018 |
| Orig Entered: 05/01/2017 10:42 EST | | Stephens, Neil RN | | | | | |
| Influenza - Trivalent | 03/20/2017 | Now | Left Deltoid | 0.5mL | Seqirus | 14249221A | 06/30/2017 |
| Orig Entered: 03/20/2017 10:02 EST | | Stephens, Neil RN | | | | | |
| Influenza - Immunization Afluria | 10/26/2017 | Now | Left Deltoid | 0.5mL | Other | XF33008 | 06/30/2018 |
| Orig Entered: 10/26/2017 09:45 EST | | Worlds, Richetta HSA | | | | | |
| Measles/Mumps/Rubella Series | 06/15/2017 | Refused | | | | | |
| Orig Entered: 06/15/2017 11:08 EST | | Williams, Stephanie CNA | | | | | |
| Tdap | 07/14/2017 | Refused | | | | | |
| Refusal Signed | | | | | | | |
| Orig Entered: 07/14/2017 12:15 EST | | Floyd, Brett RN | | | | | |

**Total: 6**



**U.S. DEPARTMENT OF JUSTICE**
FEDERAL BUREAU OF PRISIONS
3625 FCI ROAD
MARIANNA, FL 32446

## CONTRACT FOR MEDICAL EQUIPMENT /SUPPLIES

INMATE NAME: MuñiZ, Rolando

REGISTER NO.: 81986.280

I acknowledge that I have received the item(s) listed below. These items were purchased by the Health Service Department solely for me in order to accommodate my medical needs.

I understand that the items issued to me this date will not be replaced if they are lost, stolen, misplaced or any factor other than normal wear and tear prior to one year from the date issued.

I also understand this equipment is not to be altered unless specially requested and/ or performed by Health Service Staff. I am aware that I will be held responsible for any alterations and/or damages to the equipment outside of normal wear and tear. I will not use the item(s) listed below in any manner that violates Bureau Policy and if found to be used for such purposes I will be subject to appropriate disciplinary action.

| Quantity | Item | Model | Model Number | Serial Number | Description | Issue Date | Receive Date |
|---|---|---|---|---|---|---|---|
| 1 pr | | | | | Apex Tennis Shoes | | |
| | | | | | Size 13 (M) | | |
| | | | | | Grey Turquoise and White | | |

X _____          ___1/10/18___
**Inmate Signature**                           Date

P. Smith, AHT          ___1/10/18___
*P. Smith, Allied Health Tech*
*FCI Marianna, FL*
**Staff Issuing** ~~Glasses~~          Date



# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M    Race: WHITE | Facility: | MCR |
| Note Date: | 02/16/2017 14:23 | Provider: | McKiddy, Crystal PA-C | Unit: | Z04 |

Admin Note - Medication Reconciliation encounter performed at Health Services.
**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**      **Provider:** McKiddy, Crystal PA-C

   Inmate arrived on medications.  Medications to be continued as current, or substituted per formulary availability.  Medications available in the commissary must be purchased in the commissary.  Patient to be followed at CCC as scheduled, at sick call PRN, or at A/O physical appointment if indicated.

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**
**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 600913-OKL | Atorvastatin 10 MG Tab | 02/16/2017 14:23 | Take one tablet (10 MG) by mouth each day Note: this replaces Simvastatin x 14 day(s) |
| | **Indication:** Hyperlipidemia, mixed | | |
| 603881-OKL | Clotrimazole Cream 1% 28.35GM | 02/16/2017 14:23 | Apply a small amount topically to the affected area(s) twice daily - Wash hands well before and after use x 14 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |
| 600910-OKL | Lisinopril 10 MG Tab | 02/16/2017 14:23 | Take one tablet (10 MG) by mouth each day x 14 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |
| 600911-OKL | metFORMIN  500 MG Tab | 02/16/2017 14:23 | Take one tablet (500 MG) by mouth twice daily x 14 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |
| 600912-OKL | Naproxen 500 MG Tab | 02/16/2017 14:23 | Take one tablet (500 MG) by mouth each day x 14 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 600913-OKL | Atorvastatin 10 MG Tab | Take one tablet (10 MG) by mouth each day Note: this replaces Simvastatin |
| BOP | Continue | Rx | 603881-OKL | Clotrimazole Cream 1% 28.35GM | Apply a small amount topically to the affected area(s) twice daily - Wash hands well before and after use |

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M   Race: WHITE | Facility: | MCR |
| Note Date: | 02/16/2017 14:23 | Provider: | McKiddy, Crystal PA-C | Unit: | Z04 |

| Source | Action | Type | Rx# | Medication | Order Detail |
|--------|--------|------|-----|------------|--------------|
| BOP | Continue | Rx | 600910-OKL | Lisinopril 10 MG Tab | Take one tablet (10 MG) by mouth each day |
| ~~BOP~~ | ~~Continue~~ | ~~Rx~~ | ~~600911-OKL~~ | ~~metFORMIN 500 MG Tab~~ | ~~Take one tablet (500 MG) by~~ mouth twice daily |
| BOP | Continue | Rx | 600912-OKL | Naproxen 500 MG Tab | Take one tablet (500 MG) by mouth each day |
| | | OTC | | No known OTCs | |

**Disposition:**

    Follow-up at Sick Call as Needed

    Follow-up at Chronic Care Clinic as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 02/16/2017 | Counseling | Access to Care | McKiddy, Crystal | Verbalizes Understanding |
| 02/16/2017 | Counseling | Plan of Care | McKiddy, Crystal | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by McKiddy, Crystal PA-C on 02/16/2017 14:26

Requested to be cosigned by Cunnagin, Carrie DO.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by Woods, J. FNP-C.

Review documentation will be displayed on the following page.

ADMINISTRATIVE NOTE

2-3-17 & 1405

| Ord. Date | MUNIZ, ROLANDO | Petry, G. MD/CD |
|---|---|---|
| 02/02/17 | 81986-280    KWO    R01    (8) Refills | |
| Exp. Date | Take one tablet (10 MG) by mouth each | e. |
| 04/03/17 | day | |
| #7 TAB | | |
| 600910-OKL | Lisinopril 10 MG Tab | |

| Ord. Date | MUNIZ, ROLANDO | Petry, G. MD/CD |
|---|---|---|
| 02/02/17 | 81986-280    KWO    R01    (8) Refills | |
| Exp. Date | Take one tablet (500 MG) by mouth | re. |
| 04/03/17 | twice daily | |
| #14 TAB | | |
| 600911-OKL | metFORMIN 500 MG Tab | |

| Ord. Date | MUNIZ, ROLANDO | Petry, G. MD/CD |
|---|---|---|
| 02/02/17 | 81986-280    KWO    R01    (8) Refills | |
| Exp. Date | Take one tablet (500 MG) by mouth each | |
| 04/03/17 | day | |
| #7 TAB | | |
| 600912-OKL | Naproxen 500 MG Tab | |

| Ord. Date | MUNIZ, ROLANDO | Petry, G. MD/CD |
|---|---|---|
| 02/02/17 | 81986-280    KWO    R01    (8) Refills | |
| Exp. Date | Take one tablet (10 MG) by mouth each | e. |
| 04/03/17 | day Note: this replaces Simvastatin | |
| #7 tab | | |
| 600913-OKL | Atorvastatin 10 MG Tab | |

Place medication label here.

Place medication label here.

Place medication label here.

FEB 0 3 2017

G. Petry, MD
FTC-Oklahoma City

Place medication label here.

Place medication label here.

B. Hamburger, Pharm D                Medication Sheet–Health Services Unit        BF4103139
FTC-Oklahoma City

deral Transfer Center, Oklahoma City, OK            Provider Signature & Stamp

| Inmate Name | Register No. | Institution |
| --- | --- | --- |
| MUNIZ, ROLANDO 81986280 | | Federal Transfer Center<br>Oklahoma City, OK |

**A. INMATE NEEDS FOLLOW-UP FOR THE FOLLOWING:** (Provider will review inmate responses and comment where necessary)

| ISSUE OR CONDITION | | | COMMENTS (Indicate if urgent and treatment is necessary) |
| --- | --- | --- | --- |
| Infectious disease: | __Yes | __No | **ZIKA SCREENING: PREGNANT INMATES** |
| Draining skin lesions: | __Yes | __No | 1. Have you been in a country recently that is known to have a history of Zika transmission? |
| Signs of lice? | __Yes | __No | Yes_____ No_____ |
| Signs of scabies? | __Yes | __No | 2. Do you have a history, during pregnancy, of having had a male sexual partner who has been |
| __Skin condition: include trauma, bruises/jundice, recent tattoos, needle marks, or other indications of drug use | | | in an area with active Zika virus transmission? Yes_____ No_____ |
| | | | Answers "yes" to either question, please isolate as needed for symptomology and alert the |
| | | | Clinical Director as soon as possible. Record findings in BEMR. |
| __Drug/alcohol withdrawal | __denies at this time | | |
| __Mental Health Issues | | | |
| __Pain Management | | | |
| __Physical disabilities/deformities | | | |
| __Cardiovascular disease | | | |
| __Diabetes | | | |
| __Asthma | | | |
| __Cancer | | | |
| __Dental problems | | | |
| __OB/GYN | | | |
| __Other: | | | |

**B. OTHER COMMENTS OR PHYSICAL FINDINGS:** (Record vital signs if indicated)

| | Yes | No | |
| --- | --- | --- | --- |
| Meds | ✓ | | Medication Allergies: NKDA |
| Hot Meds | | ✓ | Current Medical Status: No complaints/Complains of: |
| Meds Issued | | ✓ | TB Symptoms: NONE, Cough, Hemoptysis, Night Sweats, Wt. Loss |
| Dose Given | | ✓ | |
| | | | __Cleared for GENERAL POPULATION |
| | | | *Cadre inmates will be assessed for restrictions during BEMR intake |

C. ___MEDICATION AND OTHER ORDERS WRITTEN IN BEMR

D. ___MEDICATION CONSENT FORM IN BEMR

E. ___INSTRUCTED INMATE HOW TO OBTAIN MEDICAL, DENTAL, AND MENTAL HEALTH SERVICES

| PROVIDER: sign next to your name | | |
| --- | --- | --- |
| Adams, H. RN | Rolls, C. RN | Marcus Kessler, RN |
| Genzer, J. RN | Genzer, T. RN | Morkedia Taylor, RMA |
| Mann, D. RN | Stenmork, T. RN | |
| Rodden, R. RN | Blunt, T. RN | |
| Wagoner, D. RN | Ruiz, A. RN | |
| Date: 2/12/17 | Time: | |

This form may be replicated via WP

This form replaces BP-S360 dated May 2009

Oct. 10. 2017  2:53PM                                                    No. 9320    P. 4

Indicate on the diagram below location and description of clinical concerns, including, but not limited to the following: ulcerations, callus formation, nails, drainage, amputations, deformities, edema, sensation, infections, discoloration, hair patterns, etc.



Hammered Toes

Callus

Callus 3

**Right Foot**          **Left Foot**

| Protective sensation is present (If utilized, indicate filament size ☐ N/A) | Right  /6.   Filament (gm) | Plantar surface | Left  /6   Filament (gm) |
|---|---|---|---|
| | ☑Yes ☐No | Great toe distal phalanx | ☑Yes ☐No |
| | ☑Yes ☐No | Fourth toe distal phalanx | ☑Yes ☐No |
| | ☑Yes ☐No | First metatarsal joint | ☑Yes ☐No |
| | ☑Yes ☐No | Third metatarsal joint | ☑Yes ☐No |
| | ☑Yes ☐No | Fifth metatarsal joint | ☑Yes ☐No |

Ulcer Grade (indicate on drawing)

☑0- Intact skin  ☐1- Superficial  ☐2- Tendon or bone depth  ☐3- Abscess or osteomyelitis  ☐4- Forefoot gangrene

☐5- Foot gangrene    Other_____

Proprioception:  ☑Normal  ☐Limited/describe:_____

Vascularity:  ☑Normal  ☐Limited/describe:_____

Additional observations, including gait:
PATIENT WEARS 11½-12 - MEASURES 13

October 2015       Hanger Clinic Foot Evaluation Form for Shoes/Inserts/Partial Foot Prostheses       Page 2 of 4

Indicate on the diagram below location and description of clinical concerns, including, but not limited to the following: ulcerations, callus formation, nails, drainage, amputations, deformities, edema, sensation, infections, discoloration, hair patterns, etc.



*Hammered Toes*

*Callus* / *Corns*

**Right Foot**          **Left Foot**

| Protective sensation is present (if utilized, indicate filament size ☐ N/A) | Right ___ /6___ Filament (gm) | Plantar surface | Left ___ /6___ Filament (gm) | |
|---|---|---|---|---|
| | ☑Yes ☐No | Great toe distal phalanx | ☑Yes ☐No | |
| | ☑Yes ☐No | Fourth toe distal phalanx | ☑Yes ☐No | |
| | ☑Yes ☐No | First metatarsal joint | ☑Yes ☐No | |
| | ☑Yes ☐No | Third metatarsal joint | ☑Yes ☐No | |
| | ☑Yes ☐No | Fifth metatarsal joint | ☑Yes ☐No | |

Ulcer Grade (indicate on drawing)

☑ 0- Intact skin   ☐ 1- Superficial   ☐ 2- Tendon or bone depth   ☐ 3- Abscess or osteomyelitis   ☐ 4- Forefoot gangrene

☐ 5- Foot gangrene   Other_____

Proprioception: ☑ Normal   ☐ Limited/describe:_____

Vascularity: ☑ Normal   ☐ Limited/describe:_____

Additional observations, including gait:
PATIENT WEARS 11½-12 - MEASURES 13

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | MUNIZ, ROLANDO | | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M | Race: WHITE | Facility: | MNA |
| Note Date: | 07/09/2018 12:02 | Provider: | | Lopez, H. MD/SER | Unit: | C02 |

Cosign Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**       **Provider:** Lopez, H. MD/SER MAST PHYSICIAN
       Hemoglobin A1C H 6.6

**Other:**

    already pending CCC follow up with the MLP.

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Lopez, H. MD/SER MAST PHYSICIAN on 07/09/2018 12:03

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/30/2018 14:11 | | Provider: | Albu-Gardner, Nikki MLP | Facility: | MNA |

**Cosigned by Intriago, Gloria MD on 07/31/2018 13:24.**

**Bureau of Prisons**
**Health Services**

## Medical Duty Status

| Reg #:  81986-280 | Inmate Name:  MUNIZ, ROLANDO |
|---|---|

**Housing Status**

___ confined to the living quarters except   ___meals   ___pill line   ___treatments   Exp. Date: _____

___ on complete bed rest:   ___bathroom privileges only   Exp. Date: _____

X cell:   ___cell on first floor __single cell  X lower bunk __airborne infection isolation   Exp. Date:  11/01/2020

X other:  Diabetic Pill Line _____   Exp. Date:  08/28/2020

**Physical Limitation/Restriction**

___ all sports   Exp. Date: _____

___ weightlifting:   ___upper body   ___lower body   Exp. Date: _____

___ cardiovascular exercise:   ___running __jogging __walking __softball   Exp. Date: _____
___football __basketball __handball __stationary equipment

___ other: _____   Exp. Date: _____

**May have the following equipment in his / her possession:**

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Alternate Institutional Shoes | 06/16/2017 | 03/09/2022 | |

**Work Restriction / Limitation:**

Cleared for Food Service:   Yes _____

 X  No Restrictions

**Comments:**  N/A

| Albu-Gardner, Nikki M' P | 08/28/2018 |
|---|---|
| Health Services Staff | Date |

Inmate Name: _____ **MUNIZ, ROLANDO** _____ Reg #: ____ **81986-280** ___ Quarters: ___ **G08** ___

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | | |
|---|---|---|---|
| Complex: OTV--OTISVILLE FCI | Begin Date: 01/01/2018 | End Date: 01/01/2019 |
| Inmate: MUNIZ, ROLANDO | Reg #: 81986-280 | Quarter: G08-317L |

Medications listed reflect prescribed medications from the begin date to end date on this report.

Allergies:                     Denied

## Active Prescriptions

Acetaminophen 325 MG Tab
Take two tablets (650 MG) by mouth three times daily for 3 days
Rx#:  196986-MNA     Doctor: Albu-Gardner, Nikki MLP
Start: 09/25/18      Exp: 09/28/18                    Pharmacy Dispensings: 18 TAB in 3 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime
Rx#:  177887-YAX     Doctor: Chambers, A. MD, CD
Start: 10/17/18      Exp: 11/16/18                    Pharmacy Dispensings: 24 tab in 30 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime
Rx#:  180720-YAX     Doctor: Chambers, A. MD, CD
Start: 11/19/18      Exp: 12/19/18     D/C: 12/04/18  Pharmacy Dispensings: 30 tab in 30 days

Atorvastatin 20 MG TAB
Take one tablet (20 MG) by mouth at bedtime
Rx#:  181444-YAX     Doctor: Newland, R. MD
Start: 12/04/18      Exp: 06/02/19                    Pharmacy Dispensings: 168 tab in 180 days

Atorvastatin 10 MG Tab
Take one tablet (10 MG) by mouth each day
Rx#:  184443-MNA     Doctor: Lopez, H. (MAT) MD/SER MAST PHYSICIAN
Start: 11/20/17      Exp: 05/19/18     D/C: 02/14/18  Pharmacy Dispensings: 90 tab in 180 days

Atorvastatin 20 MG TAB
***note increased dose*** 2/14/18 - Take one tablet (20 MG) by mouth at bedtime
Rx#:  187784-MNA     Doctor: Lopez, H. (MAT) MD/SER MAST PHYSICIAN
Start: 02/14/18      Exp: 02/14/19     D/C: 10/13/18  Pharmacy Dispensings: 255 tab in 365 days

carBAMazepine 200 MG Tab
Take one and one-half (1 and 1/2) tablets (300 MG) by mouth twice daily for pain
Rx#:  177985-YAX     Doctor: Chambers, A. MD, CD
Start: 10/17/18      Exp: 11/16/18                    Pharmacy Dispensings: 72 TAB in 30 days

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/16/2018 17:19 | Provider: | Nordstrom, Justin RN | Facility: | YAP |

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 187786-MNA | Lisinopril 10 MG Tab | 10/16/2018 17:19 | Take one tablet (10 MG) by mouth each day x 30 day(s) |

**Indication:** Diabetes, type II w/oth spec manifestation, uncont

| 187787-MNA | metFORMIN 1000 MG Tab | 10/16/2018 17:19 | Take one tablet (1000 MG) by mouth two times a day x 30 day(s) |

**Indication:** Diabetes, type II w/oth spec manifestation, uncont

### Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 187784-MNA | Atorvastatin 20 MG TAB | ***note increased dose*** 2/14/18 - Take one tablet (20 MG) by mouth at bedtime |
| BOP | Continue | Rx | 194786-MNA | carBAMazepine 200 MG Tab | Take one and one-half (1 and 1/2) tablets (300 MG) by mouth twice daily for pain |
| BOP | Continue | Rx | 196093-MNA | Finasteride 5 MG TAB | Take one tablet (5 MG) by mouth each day |
| BOP | Continue | Rx | 187786-MNA | Lisinopril 10 MG Tab | Take one tablet (10 MG) by mouth each day |
| BOP | Continue | Rx | 187787-MNA | metFORMIN 1000 MG Tab | Take one tablet (1000 MG) by mouth two times a day |
| | | OTC | | No known OTCs | |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**  Yes     **By:**  Chambers, A. MD, CD

**Telephone or Verbal order read back and verified.**

Completed by Nordstrom, Justin RN on 10/16/2018 17:21
Requested to be cosigned by  Chambers, A. MD, CD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
## Cosign/Review

| | | | | |
|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: M | Race: | WHITE |
| Encounter Date: | 10/16/2018 17:19 | Provider: Nordstrom, Justin RN | Facility: | YAP |

**Cosigned with New Encounter Note by Chambers, A. MD, CD on 10/16/2018 18:33.**

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/16/2018 17:19 | Provider: | Nordstrom, Justin RN | Facility: | YAP |

## Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 187786-MNA | Lisinopril 10 MG Tab | 10/16/2018 17:19 | Take one tablet (10 MG) by mouth each day x 30 day(s) |

Indication: Diabetes, type II w/oth spec manifestation, uncont

| | | | |
|---|---|---|---|
| 187787-MNA | metFORMIN 1000 MG Tab | 10/16/2018 17:19 | Take one tablet (1000 MG) by mouth two times a day x 30 day(s) |

Indication: Diabetes, type II w/oth spec manifestation, uncont

## Reconciled Medications:

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 187784-MNA | Atorvastatin 20 MG TAB | ***note increased dose*** 2/14/18 - Take one tablet (20 MG) by mouth at bedtime |
| BOP | Continue | Rx | 194786-MNA | carBAMazepine 200 MG Tab | Take one and one-half (1 and 1/2) tablets (300 MG) by mouth twice daily for pain |
| BOP | Continue | Rx | 196093-MNA | Finasteride 5 MG TAB | Take one tablet (5 MG) by mouth each day |
| BOP | Continue | Rx | 187786-MNA | Lisinopril 10 MG Tab | Take one tablet (10 MG) by mouth each day |
| BOP | Continue | Rx | 187787-MNA | metFORMIN 1000 MG Tab | Take one tablet (1000 MG) by mouth two times a day |
| | | OTC | | No known OTCs | |

Instructed inmate how to obtain medical, dental, and mental health care.

Copay Required: No        Cosign Required: Yes

Telephone/Verbal Order: Yes        By: Chambers, A. MD, CD

**Telephone or Verbal order read back and verified.**

Completed by Nordstrom, Justin RN on 10/16/2018 17:21

Requested to be cosigned by Chambers, A. MD, CD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 10/16/2018 17:19 | Provider: | Nordstrom, Justin RN | Facility: | YAP |

**Cosigned with New Encounter Note by Chambers, A. MD, CD on 10/16/2018 18:33.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M   Race: WHITE | Facility: | YAP |
| Note Date: | 11/16/2018 16:15 | Provider: | Scott, N. RN | Unit: | Z04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Scott, N. RN
   Medication refill

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 177985-YAX | carBAMazepine 200 MG Tab | 11/16/2018 16:15 | Take one and one-half (1 and 1/2) tablets (300 MG) by mouth twice daily for pain x 30 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont, Polyneuropathy, unspecified | | |
| 177887-YAX | Atorvastatin 20 MG TAB | 11/16/2018 16:15 | Take one tablet (20 MG) by mouth at bedtime x 30 day(s) |
| | **Indication:** Hyperlipidemia, mixed | | |
| 177884-YAX | Finasteride 5 MG TAB | 11/16/2018 16:15 | Take one tablet (5 MG) by mouth each day x 30 day(s) |
| | **Indication:** Enlarged prostate without lower urinary tract symptoms (BPH) | | |
| 177885-YAX | Lisinopril 10 MG Tab | 11/16/2018 16:15 | Take one tablet (10 MG) by mouth each day x 30 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |
| 177886-YAX | metFORMIN 1000 MG Tab | 11/16/2018 16:15 | Take one tablet (1000 MG) by mouth two times a day x 30 day(s) |
| | **Indication:** Diabetes, type II w/oth spec manifestation, uncont | | |

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Chambers, A. MD, CD
**Telephone or Verbal order read back and verified.**

Completed by Scott, N. RN on 11/16/2018 16:18
Requested to be cosigned by  Chambers, A. MD, CD.
Cosign documentation will be displayed on the following page.
Requested to be reviewed by  Newland, R. MD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/16/2018 16:15 | Provider: | Scott, N. RN | Facility: | YAP |

Cosigned by Chambers, A. MD, CD on 11/18/2018 18:00.

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| **Complex:** FAI--FAIRTON FCI | **Begin Date:** 11/29/2018 | **End Date:** 11/29/2019 |
|---|---|---|
| **Inmate:** MUNIZ, ROLANDO | **Reg #:** 81986-280 | **Quarter:** B04-408U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:** Denied

## Active Prescriptions

Acetaminophen 325 MG Tab

Take two tablets (650 MG) by mouth three times daily as needed for pain for 5 days - 3 day supply issued from NIGHT STOCK

| **Rx#:** 138104-FAI | **Doctor:** McGann, S. MD/CD | |
|---|---|---|
| **Start:** 11/22/19 | **Exp:** 11/24/19 | **Pharmacy Dispensings:** 12 TAB in 8 days |

Alfuzosin 10 mg Tablet Extended Release 24 Hou

Take one tablet (10 MG) by mouth daily ***non-formulary approved*** 10/05/2019

| **Rx#:** 136390-FAI | **Doctor:** Lopez de Lasalle, Abigail MD | |
|---|---|---|
| **Start:** 09/05/19 | **Exp:** 10/05/19 | **Pharmacy Dispensings:** 24 TAB in 86 days |

Amoxicillin 500 MG Cap

Take one capsule (500 MG) by mouth three times daily for 5 days ***It is important to finish ALL of this medication*** - 3 day supply issued from NIGHT STOCK

| **Rx#:** 138107-FAI | **Doctor:** McGann, S. MD/CD | |
|---|---|---|
| **Start:** 11/23/19 | **Exp:** 11/25/19 | **Pharmacy Dispensings:** 6 CAP in 7 days |

Atorvastatin 20 MG TAB

Take one tablet (20 MG) by mouth at bedtime

| **Rx#:** 135084-FAI | **Doctor:** Limbekar, Satish MLP | | |
|---|---|---|---|
| **Start:** 07/09/19 | **Exp:** 08/08/19 | **D/C:** 07/11/19 | **Pharmacy Dispensings:** 0 tab in 144 days |

Atorvastatin 20 MG TAB

Take one tablet (20 MG) by mouth at bedtime

| **Rx#:** 135187-FAI | **Doctor:** Lopez de Lasalle, Abigail MD | | |
|---|---|---|---|
| **Start:** 07/11/19 | **Exp:** 07/10/20 | **D/C:** 11/25/19 | **Pharmacy Dispensings:** 150 tab in 142 days |

Atorvastatin 20 MG TAB

Take one tablet (20 MG) by mouth at bedtime

| **Rx#:** 135193-FAI | **Doctor:** Lopez de Lasalle, Abigail MD | | |
|---|---|---|---|
| **Start:** 07/11/19 | **Exp:** 07/10/20 | **D/C:** 07/11/19 | **Pharmacy Dispensings:** 30 tab in 142 days |

Atorvastatin 20 MG TAB

Take one tablet (20 MG) by mouth at bedtime

| **Rx#:** 138103-FAI | **Doctor:** McGann, S. MD/CD | |
|---|---|---|
| **Start:** 11/25/19 | **Exp:** 11/24/20 | **Pharmacy Dispensings:** 30 tab in 5 days |

# Bureau of Prisons
# Health Services
# Medical Duty Status

| | |
|---|---|
| Reg #:  81986-280 | Inmate Name:  MUNIZ, ROLANDO |

## Housing Status

| | Exp. Date: | |
|---|---|---|
| __ confined to the living quarters except  __meals  __pill line  __treatments | Exp. Date: | |
| __ on complete bed rest:  __ bathroom privileges only | Exp. Date: | |
| X cell:  __cell on first floor  __single cell  X lower bunk  __airborne infection isolation | Exp. Date: | 11/01/2020 |
| X other:  Diabetic Pill Line | Exp. Date: | 08/28/2020 |

## Physical Limitation or Restriction

| | Exp. Date: | |
|---|---|---|
| __ all sports | Exp. Date: | |
| __ weightlifting:  __upper body  __lower body | Exp. Date: | |
| __ cardiovascular exercise:  __running  __jogging  __walking  __softball  __football  __basketball  __handball  __stationary equipment | Exp. Date: | |
| __ other: | Exp. Date: | |

## May have the following equipment in his/her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Alternate Institutional Shoes | 06/16/2017 | 11/01/2020 | |

## Work Restriction / Limitation

Cleared for Food Service:  Yes

 X  No Restrictions

**Comments:**  N/A

| Alexander, M ARNP | 01/29/2019 |
|---|---|
| Health Services Staff | Date |

| Inmate Name: | MUNIZ, ROLANDO | Reg #: | 81986-280 | Quarters: | B04 |
|---|---|---|---|---|---|

*ALL EXPIRATION DATES ARE AT 24:00*

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M   Race:   WHITE | Facility: | YAP |
| Encounter Date: | 12/03/2018 13:55 | Provider: | Newland, R. MD | Unit: | Z04 |

**Exam:**

    Yes: Within Normal Limits

  **Genitourinary**

    **General**

      Yes: Within Normal Limits

    **Musculoskeletal**

      **Ankle/Foot/Toes**

        Yes: Normal Exam, Full Range of Motion, Non-tender on Palpation, Normal Bony Landmarks, Symmetric, Normal Active ROM, Normal Passive ROM, Neurovascular Intact

        No: Muscle Spasm, Muscle Atrophy, Edema, Pitting Edema, Swelling, Inflammation

    **Neurologic**

      **Cranial Nerves (CN)**

        Yes: Within Normal Limits, CN 2-12 Intact Grossly

  <u>Exam comments</u>

    on 09/06/2018

    USG mildly prominent prostate

    Feet Monofilament Test Sensation of the Feet Intact

**ASSESSMENT:**

  Diabetes, type II w/oth spec manifestation, uncont, 250.82 - Current

  Hyperlipidemia, mixed, 272.2 - Current

  Enlarged prostate without lower urinary tract symptoms (BPH), N400 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Tamsulosin Capsule | 12/03/2018 13:55 | 0.4 mg Orally Mouth at bedtime x 180 day(s) |

    Indication: Enlarged prostate without lower urinary tract symptoms (BPH)

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 180720-YAX | Atorvastatin 20 MG TAB | 12/03/2018 13:55 | Take one tablet (20 MG) by mouth at bedtime x 180 day(s) |
| | Indication: Hyperlipidemia, mixed | | |
| 180721-YAX | carBAMazepine 200 MG Tab | 12/03/2018 13:55 | Take one and one-half (1 and 1/2) tablets (300 MG) by mouth twice daily for pain x 180 day(s) |
| | Indication: Diabetes, type II w/oth spec manifestation, uncont, Polyneuropathy, unspecified | | |
| 180723-YAX | Lisinopril 10 MG Tab | 12/03/2018 13:55 | Take one tablet (10 MG) by mouth each day x 180 day(s) |
| | Indication: Diabetes, type II w/oth spec manifestation, uncont | | |
| 180724-YAX | metFORMIN 1000 MG Tab | 12/03/2018 13:55 | Take one tablet (1000 MG)  by mouth two times a day x 180 day(s) |
| | Indication: Diabetes, type II w/oth spec manifestation, uncont | | |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: M | Race: WHITE | Facility: | YAP |
| Encounter Date: | 12/03/2018 13:55 | Provider: | Newland, R. MD | Unit: | Z04 |

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 180722-YAX | Finasteride 5 MG TAB | 12/03/2018 13:55 | Take one tablet (5 MG) by mouth each day |

Discontinue Type: When Pharmacy Processes

Discontinue Reason: *discontinue*

Indication:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 05/22/2019 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Lab Tests-C-Carbamazepine | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Clinical Encounter | 06/12/2019 00:00 | Physician 03 |

**Disposition:**

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed
To be Evaluated by Provider

**Other:**

- Educated on life style modification diet/exercise
- Insisted on medication compliance
- Request for lower bunk denied
- Lab ordered
- F/U CCC in 180 days wit MD3
- S/C PRN

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/03/2018 | Counseling | Access to Care | Newland, R. | Verbalizes Understanding |

Copay Required: No        Cosign Required: No

Telephone/Verbal Order: No

Completed by Newland, R. MD on 12/03/2018 14:20

*EXHIBIT-2*

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M   Race:  WHITE | Facility: | FAI |
| Encounter Date: | 07/10/2019 13:18 | Provider: | Lopez de Lasalle, Abigail | Unit: | B04 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Tamsulosin HCl Capsule | 07/10/2019 13:18 | 0.8 mg Orally at bedtime x 365 day(s) |

*(handwritten: only gave me these two medications)*

Indication: Enlarged prostate without lower urinary tract symptoms (BPH)

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 135084-FAI | Atorvastatin 20 MG TAB | 07/10/2019 13:18 | Take one tablet (20 MG) by mouth at bedtime x 365 day(s) |

Indication: Hyperlipidemia, mixed

**Discontinued Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Lisinopril 10 MG Tab | 07/10/2019 13:18 | Take one tablet (10 MG) by mouth each day x 365 day(s) |

Discontinue Type:   *When Pharmacy Processes*
Discontinue Reason: *Not Indicated*
Indication:

*(handwritten: Took away diabetes medication)*

| | metFORMIN  500 MG Tab | 07/10/2019 13:18 | Take one tablet (500 MG) by mouth twice daily x 365 day(s) |
|---|---|---|---|

Discontinue Type:   *When Pharmacy Processes*
Discontinue Reason: *Not Indicated*
Indication:

| | Tamsulosin HCl 0.4 MG Cap | 07/10/2019 13:18 | Take one capsule (0.4 MG) by mouth at bedtime x 365 day(s) |
|---|---|---|---|

Discontinue Type:   *When Pharmacy Processes*
Discontinue Reason: *new order written*
Indication:

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 11/12/2019 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-TSH | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Microalbumin & Creatinine, Urine Random | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |
| Chronic Care Clinics-Diabetic-Urinalysis w/Reflex to Microscopic | | | |
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 04/07/2020 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Lab Tests - Short List-General-PSA, Total | | | |
| Chronic Care Clinics-Diabetic-Microalbumin & Creatinine, Urine Random | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

**Schedule:**

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|

*EXHIBIT-3*

### SJUC - Main Office



2950 College Drive Suite 2E
Vineland, NJ 08360
Phone: (856) 405-0025
Fax: (856) 462-6314

**Rolando Muniz** 81986-280      **Patient #:** 93160      **DOB:** 08/24/1980 (39 years)

**Date of Encounter:**  11/06/2019 08:05 AM

---

### History of Present Illness        Christopher Sang Don Lee, MD FACS 11/06/2019 08:06 AM

The patient is a 39 year old male who presents for a cystoscopy.

Additional reasons for visit:

Recheck of Enlarged prostate is described as the following:
Note for "Enlarged prostate": In office for BHP, Has to strain in order to urinate with a thin stream. tries to urinating about 8x per day. Urinating 2 or 3x per night.  No dysuria.  No groin or testicle pain. No flank pain

### History        Christopher Sang Don Lee, MD FACS 11/06/2019 08:06 AM

**Allergy**
    No Known Allergies (08/30/2019)
    No Known Drug Allergies (08/30/2019)
**Past Medical**
    Diabetes (250.00 | E11.9) ; Does not take medicine
    High cholesterol (272.0 | E78.00)
**Other Medical History**
    Urinary frequency (788.41 | R35.0)
    Split urinary stream (788.61 | R39.13)
    Nocturia (788.43 | R35.1)
    Incomplete bladder emptying (788.21 | R33.9)
    Epididymal cyst (608.89 | N50.3)
    Inguinal hernia, right (550.90 | K40.90)
**Medications**
    Uroxatral (10MG Tablet ER 24HR 1 (one) Tablet ER 24HR Oral daily, Taken starting 08/30/2019) Active - Hx Entry.
    (take at dinner or bedtime)
**Family**
    Mother : Deceased Not Sure
    Father : Deceased Diabetes
**Past Surgical**
    None (08/30/2019)

---

# FCI FAIRTON
## INMATE SICK CALL SIGN-UP SHEET
### (Formulario y Registro para Atencion Medica de Confinados)

**Staff member will complete this section if inmate is unable to read or write.**

**INSTRUCTIONS (Instrucciones)**
**You must fill out this form completely, numbers 1-11.**
**(Debe de llenar este formulario completamente, numerous 1-11.)**

1. Date (Fecha) _11-5-19_   2. Unit (Unidad) _B-R_   3. Work (Trabajo) _Kichen_
4. Name (Nombre) _Rolando Muniz_
5. Register Number (Numero de Registro) _81986 280_
6. Complaint (Queja), What is your problem? (Cual es su problema?)
   _iM a Dia Det Diabetic and I have a open_
   _Sore on my foot toe with discharge drainage._

7. History or medical problems: (Historial de problemas medicos:)
   - ☑ Diabetes (diabetes)
   - ○ Hypertension (hipertension)
   - ○ Cardiac disease (enfermedad cardiac)
   - ○ Immunocompromised (Immunocomprometido)
   - ○ Asthma (asma
8. History of mental health problems? (Historial de problemas mentales?)
   - ○ Yes (si)
   - ☑ No (no)
9. How long have you had this problem? (Durante cuanto tiempo ha tenido este problema?)
   Days (Dias) _1 week_   Months (Meses) _____   Years (Anos) _____
10. Are you on any medication(s) at present? (Esta usted tornando alguna(s) medicinas actualmente?)
    _no_
11. Signature (Firma) _____

---

**TO BE FILLED OUT BY TRIAGE PERSONAL:**

12. Date Seen: _____   13. Time Seen: _____
14. Subjective: _____

15. Objective:   Temperature: _____   Pulse: _____   Respiration: _____   B/P: _____
    If diabetic, blood sugar via fingerstick: _____   Weight: _____
16. Notes: _____

17. Appointment Date: _11/7/19_   Appointment Time: _____   KNOWLES, K.
18. Appointment with (Provider's Name) _Kyle Knowles PA-C_   PA-C
19. Triage personnel's signature: _Kyle Knowles PA-C_   FCI FAIRTON

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MUNIZ, ROLANDO | | | Reg #: 81986-280 |
| Date of Birth: 08/24/1980 | Sex: M | Race: WHITE | Facility: FAI |
| Encounter Date: 11/07/2019 16:11 | Provider: Knowles, Kyle PA-C | | Unit: B04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Knowles, Kyle PA-C

Chief Complaint: Skin Problem

Subjective: 39 year old male patient, with PMH of type 2 diabetes, presents c/o an open wound to his left foot x 2 weeks. Patient states open wound located on top of second toe of right foot. Denies injury/trauma and states he is not sure what caused this to develop. Patient admits aching pain, rated as 5/10. Denies palliative or provocative factors. He admits clear-yellow discharge. Admits to swelling in his toe. Denies fever/chills.

Pain: Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 11/07/2019 16:14 |
| Location: | Toe(s)-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 5 |
| Intervention: | medical evaluation |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Weeks |
| Duration: | 1-2 Weeks |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/07/2019 | 16:11 FAI | 98.2 | 36.8 | Oral | Knowles, Kyle PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/07/2019 | 16:11 FAI | 87 | Via Machine | Regular | Knowles, Kyle PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/07/2019 | 16:11 FAI | 18 | Knowles, Kyle PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/07/2019 | 16:11 FAI | 121/65 | Left Arm | Sitting | Adult-large | Knowles, Kyle PA-C |

**SaO2:**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/10/2019 13:12 | Provider: | Knowles, Kyle PA-C | Facility: | FAI |

Cosigned by McGann, S. MD/CD on 11/12/2019 12:05.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M      Race: WHITE | Facility: | FAI |
| Note Date: | 11/16/2019 12:10 | Provider: | Nguyen, Thang RN | Unit: | B04 |

Admin Note - General Administrative Note encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Nguyen, Thang RN

          Called for inmate for wound care. Inmate was found in housing unit but did not show for wound care.

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Nguyen, Thang RN on 11/16/2019 12:12

Requested to be cosigned by  Lopez de Lasalle, Abigail MD.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Knowles, Kyle PA-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 11/16/2019 12:10 | Provider: | Nguyen, Thang RN | Facility: | FAI |

**Reviewed by Knowles, Kyle PA-C on 11/18/2019 08:10.**

## FAI/Medical Records~ - 0a574872-37ad-4057-b5b6-c7e57f259455

| | |
|---|---|
| **From:** | FAI/InmateToHealthSvcs |
| **To:** | ~^!MUNIZ, ~^!ROLANDO |
| **Date:** | 11/18/2019 11:22 AM |
| **Subject:** | 0a574872-37ad-4057-b5b6-c7e57f259455 |

You were evaluated yesterday

>>> ~^!"MUNIZ, ~^!ROLANDO" <81986280@inmatemessage.com> 11/16/2019 3:15 PM >>>
To: knowles
Inmate Work Assignment: kitchen

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
0a574872-37ad-4057-b5b6-c7e57f259455
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


hey i was checking my toe and the hole is getting smaller but the swelling is getting bigger plus looks like lose skin like if it has puss in there

## FAI/Medical Records~ - 6abb454f-dd99-4490-bcb3-2da080c70089

| | |
|---|---|
| **From:** | FAI/InmateToHealthSvcs |
| **To:** | ~^!MUNIZ, ~^!ROLANDO |
| **Date:** | 11/15/2019 8:00 AM |
| **Subject:** | 6abb454f-dd99-4490-bcb3-2da080c70089 |

You are scheduled to return to urology within the next 60 days.

>>> ~^!"MUNIZ, ~^!ROLANDO <81986280@inmatemessage.com> 11/13/2019 1:33 PM >>>
To: dr.lopez
Inmate Work Assignment: kitchen

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
6abb454f-dd99-4490-bcb3-2da080c70089
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


when i went to the urologist he said i needed to go back do you know whats going on with the follow up on that i really need this done thank you

| Inmate Name: | MUNIZ, ROLANDO | | | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | | Sex: | M | Race: WHITE | Facility: | FAI |
| Encounter Date: | 11/18/2019 12:35 | | Provider: | Murphy, Brian RN, HSA | | Unit: | B04 |

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 11/18/2019 | 12:59 FAI | 99/63 | Left Arm | Sitting | Adult-regular | Murphy, Brian RN, HSA |

**SaO2:**

| Date | Time | Value(%) Air | | Provider |
|------|------|--------------|--|----------|
| 11/18/2019 | 12:59 FAI | 100 Room Air | | Murphy, Brian RN, HSA |

**Exam:**

**General**

**Affect**

Yes: Pleasant

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Skin**

**Wound**

Yes: Signs and/or Symptoms of Infection, Macerated Tissue, Drainage, Serous Drainage, Small amount of drainage, Pain

**ROS Comments**

Pt presents for wound care to left 2nd toe. Reports daily wound care and compliance with antibiotics. Reports toe ulcer improving, but reports deterioration of lateral and distal aspect of his toe with swelling and drainage.

**Exam Comments**

Inmate presents for wound care with old dressing to left 2nd toe intact. Old drsg noted to have moderate amount of serosanguinous drainage. Left 2nd toe noted to have a 1/2 inch diameter wound to the superior aspect of the toe. Wound edges pale and white. Wound bed pink with good granulation tissue. Medial aspect of the 2nd toe with noted skin breakdown. Serous drainage noted to the distal aspect of the toe along with macerated skin and swelling.

**ASSESSMENT:**

Infection - Skin, Signs of

left 2nd toe cellulitis. Discussed case with MO and will refer to local ER for further evaluation.

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|------------------------|-------------|----------------------|----------|------------|----------|
| Emergency Room | 11/18/2019 | 11/18/2019 | Urgent | No | |

**Subtype:**

SOUTH JERSEY ER

**Reason for Request:**

evaluate left 2nd toe infection

**Provisional Diagnosis:**

Left 2nd toe cellulitis.

**Disposition:**

Transfer to Local Hospital

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 11/18/2019 | Counseling | Plan of Care | Murphy, Brian | Verbalizes Understanding |

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: MUNIZ, ROLANDO | | | | Reg #: 81986-280 | |
| Date of Birth: 08/24/1980 | Sex: | M | Race: WHITE | Facility: FAI | |
| Encounter Date: 11/18/2019 12:35 | Provider: | | Murphy, Brian RN, HSA | Unit: B04 | |

**Copay Required:** No   **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes   **By:** McGann, S. MD/CD

**Telephone or Verbal order read back and verified.**

---

Completed by Murphy, Brian RN, HSA on 11/18/2019 13:01

Requested to be cosigned by McGann, S. MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: MUNIZ, ROLANDO | | Reg #: 81986-280 | |
| Date of Birth: 08/24/1980 | Sex: M    Race: WHITE | Facility: FAI | |
| Encounter Date: 11/18/2019 12:35 | Provider: Murphy, Brian RN, HSA | Unit: B04 | |

Nursing - Wound Care encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Murphy, Brian RN, HSA

Chief Complaint: Open Wound(s)

**Subjective:** Inmate resents for wound care to left 2nd toe.

**Pain:** Yes

**Pain Assessment**

| | |
|---|---|
| **Date:** | 11/18/2019 12:35 |
| **Location:** | Toe(s)-Left |
| **Quality of Pain:** | Aching |
| **Pain Scale:** | 3 |
| **Intervention:** | outside trip |
| **Trauma Date/Year:** | |
| **Injury:** | |
| **Mechanism:** | |
| **Onset:** | 1-2 Weeks |
| **Duration:** | 1-2 Weeks |
| **Exacerbating Factors:** | pressure and movement |
| **Relieving Factors:** | nothing |
| **Reason Not Done:** | |
| **Comments:** | |

**ROS:**

**Integumentary**

**Skin**

Yes: Sores that won't heal

No: Within Normal Limits

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 11/18/2019 | 12:59 FAI | 97.4 | 36.3 | Oral | Murphy, Brian RN, HSA |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/18/2019 | 12:59 FAI | 98 | Via Machine | | Murphy, Brian RN, HSA |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 11/18/2019 | 12:59 FAI | 16 | Murphy, Brian RN, HSA |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|

| Inmate Name: | MUNIZ, ROLANDO | | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M   Race:  WHITE | | Facility: | FAI |
| Encounter Date: | 11/18/2019 13:17 | Provider: | McGann, S. MD/CD | | Unit: | B04 |

patient was sent to the outside hospital for further evaluation.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/18/2019 | Counseling | Plan of Care | McGann, S. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by McGann, S. MD/CD on 11/18/2019 13:20

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M   Race: WHITE | Facility: | FAI |
| Note Date: | 11/21/2019 13:35 | Provider: | McGann, S. MD/CD | Unit: | B04 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**         **Provider:**  McGann, S. MD/CD

The patient went to the OR yesterday and had amputation of the left second toe. He continue to be on Cefepime.

**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**   No
Completed by McGann, S. MD/CD on 11/21/2019 13:41

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M      Race: WHITE | Facility: | FAI |
| Note Date: | 11/20/2019 15:43 | Provider: | McGann, S. MD/CD | Unit: | B04 |

Admin Note - Community Hospital Report encounter performed at Health Services.
**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** McGann, S. MD/CD

    The patient went to the OR for debridement.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by McGann, S. MD/CD on 11/20/2019 15:47

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | F81986280, FEDERAL | | | | |
| MRN: | 900582366 | | | Admit: | 11/18/2019 |
| FIN: | 0079109963 | | | Disch: | 11/22/2019 |
| DOB/Age/Sex: | 8/24/1980 | 39 years | Male | Admitting: | Struby,DO,Christopher |

## *Emergency Documentation*

**Prescriptions:**

**Allergies: No Known Allergies**

**Medication Information:**
Inspira Medical Center Vineland ED Physicians provided you with a complete list of medications post discharge. If you have been instructed to stop taking a medication, please ensure you also follow up with this information to your Primary Care Physician. Unless otherwise noted, please continue to take medications as prescribed prior to your Emergency Room visit. Any specific questions regarding your chronic medications and dosages should be discussed with your physician(s) and pharmacist.

**Medications That Have Not Changed**

**Other Medications**

atorvastatin (atorvastatin 20 mg oral tablet) 1 tab Oral (given by mouth) every day.
Last Dose:_____Next Dose:_____

sulfamethoxazole-trimethoprim (sulfamethoxazole-trimethoprim 800 mg-160 mg oral tablet)
Last Dose:_____Next Dose:_____

**Major Tests:**
The following tests were performed during your ED visit.
**Cardiology Orders**
No cardiology orders were placed.

**Laboratory or Other Results This Visit** (last charted value for your 11/18/2019 visit)

### Hematology
11/18/2019 5:21 PM
**WBC:** 9.5 x10^3/uL -- Normal range between ( 4.0 and 11.0 )
**RBC:** 4.39 x10^6/uL -- Normal range between ( 3.80 and 5.70 )
**Neutro Auto:** 67.8 % -- Normal range between ( 40.0 and 74.0 )
**Lymph Auto:** 21.5 % -- Normal range between ( 19.0 and 48.0 )
**Mono Auto:** 7.4 % -- Normal range between ( 3.0 and 9.0 )
**Basophil Auto:** 0.8 % -- Normal range between ( 0.0 and 1.0 )
**Baso Absolute:** 0.1 x10^3/uL -- Normal range between ( 0.0 and 0.2 )
**MCV:** 81.7 fL -- Normal range between ( 80.0 and 98.0 )
**MCHC:** 32.9 g/dL -- Normal range between ( 33.0 and 36.0 )

---

Report Request ID: 106973248                                       Print Date/Time:   11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

Patient Name:  F81986280, FEDERAL
MRN:           900582366                          Admit:      11/18/2019
FIN:           0079109963                         Disch:      11/22/2019
DOB/Age/Sex:   8/24/1980   39 years   Male        Admitting:  Struby,DO,Christopher

| *Emergency Documentation* |
| --- |

you let him or her check you and report any new or remaining problems since it is impossible to recognize and treat all elements of an injury or illness in a single emergency care center visit.

**Physician/Specialist** - If you do not have a Primary Care Provider (PCP) or require a Specialist you may utilize the Inspira Health Network Website at www.InspiraHealthNetwork.org or the physician referral line at 1-800-Inspira to locate a physician or specialist of your choice.

Inspira Survey - Inspira strives to provide excellent Customer service and values feedback to help us improve. If you receive a survey in the mail or by email, we would appreciate you taking the time to complete it. Thank you for choosing Inspira Health Network.

**Comment:**

F81986280, FEDERAL has been given the following list of follow-up instructions, prescriptions, and patient education materials:

**Hypertension:**

During your visit today you had a blood pressure reading that is higher than normal. A normal reading is less than 120/80 Your blood pressure today was 136/88. A high reading may indicate that you have one of the 2018 American Heart Association new blood pressure categories. Please schedule follow up with your primary care provider or referral provider for a re-check and further evaluation with in the next 1-2 weeks.

One high blood pressure reading does not mean you necessarily have the diagnosis of hypertension. High blood pressure readings can be due to pain, fever, anxiety, or other reasons. A high blood pressure reading is unlikely to cause immediate harm, but in the long term, it puts you at risk for high blood pressure related problems such as stroke, heart disease and kidney failure. Hypertension can usually be controlled with lifestyle changes and/or medication. Lifestyle changes may include losing weight (if you are overweight), reducing salt intake, limiting alcohol, eating a healthy diet, beginning an exercise program, limiting caffeine, and stopping smoking. If you already take blood pressure medications, they may need to be adjusted.

A diagnosis of high blood pressure (also called hypertension) is a chronic disease. Blood pressure categories in the new 2018 guideline are:

- Normal: Less than 120/80 mm Hg;
- Elevated: Systolic between 120-129 *and* diastolic less than 80
- Stage 1: Systolic between 130-139 *or* diastolic between 80-89
- Stage 2: Systolic at least 140 or diastolic at least 90 mm Hg
- Hypertensive crisis: Systolic over 180 and/or diastolic over 120, with patients needing prompt changes in medication and visit with the doctor if there are no other indications of problems, or immediate hospitalization if there are signs of organ damage.

Report Request ID:  106973248                    Print Date/Time:   11/25/2019 14:33 EST

11/25/2019 3:09:59 PM −0500 FAXCOM

*Muniz, Rolando*

### Inspira Medical Center Vineland

Patient Name: F81986280, FEDERAL
MRN: 900582366
FIN: 0079109963                                Admit: 11/18/2019
DOB/Age/Sex: 8/24/1980    39 years    Male      Disch: 11/22/2019
                                                Admitting: Struby,DO,Christopher

---

## *Emergency Documentation*

Document Type:                  ED Note Physician
Service Date/Time:              11/18/2019 19:07 EST
Result Status:                  Modified
Document Subject:               ED Note
Sign Information:               Kelley,D.O.,Cecylia (11/18/2019 20:35 EST); Chang,D.O.
                                PGY3,Robert (11/18/2019 19:47 EST)

**Addendum by Kelley, D.O., Cecylia on November 18, 2019 20:35:24 EST**
Diagnosis This Visit: Diabetic ulcer of toe; Failure of outpatient treatment

ATTESTATION: I personally saw and evaluated the patient. I have reviewed and agree with the resident's findings, including the exam, HPI, all diagnostic interpretations and plans as written unless otherwise noted in my documentation. The care plan articulated in the discharge instructions are consistent with our discussion of the patient's care and I confirm the diagnosis as documented. I was present for the inclusive time noted in any CC statement.

Surgery Hx: none

Electronically Signed on 11/18/19 20:35 by Kelley, D.O., Cecylia

### Basic Information

#### Chief Complaint
from fairton prison- left foot 2nd toe increasing wound, more swollen, painful, redness. not improving with antibiotics.
#### ED Assigned Provider/Time
Time Seen:
Kelley, D.O., Cecylia / 11/18/2019 15:48

### History of Present Illness
Patient is a 39-year-old male with past medical history of diabetes and hyperlipidemia is presenting for from presenting with complaints of left second lower extremity infection. Patient reports that he has his left second digit on the dorsum of his foot that has been ongoing for 2 to 3 weeks. Patient reports that he was placed on Bactrim, he reports that this has not helped his symptoms and and has otherwise been gradually worsening. Patient reports that he does have some radiation of pain up into his foot, he reports that otherwise he has been having tactile fevers and subjective chills, otherwise he has not noticed other signs or symptoms at this time.

### Review of Systems
Nurse's Note Reviewed
Constitutional: Tactile fevers and chills, no sweats
Eye: No recent visual problems
ENMT: No ear pain, nasal congestion, sore throat
Respiratory: No shortness of breath, cough
Cardiovascular: No Chest pain, palpitations, syncope
Gastrointestinal: No nausea, vomiting, diarrhea
Genitourinary: No hematuria
Hema/Lymph: Negative for bruising tendency, swollen lymph glands
Endocrine: Negative for excessive thirst, excessive hunger
Musculoskeletal: No back pain, neck pain, joint pain, muscle pain, decreased range of motion
Integumentary: Positive for infection and ulcer to the left second digit of the dorsum of the foot
Neurologic: Alert & oriented X 4
Psychiatric: No anxiety, depression

14 point review of systems is complete and negative unless otherwise indicated

---

Report Request ID: 106973248                    Print Date/Time:    11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

| | | | | |
|---|---|---|---|---|
| Patient Name: | F81986280, FEDERAL | | | |
| MRN: | 900582366 | | Admit: | 11/18/2019 |
| FIN: | 0079109963 | | Disch: | 11/22/2019 |
| DOB/Age/Sex: | 8/24/1980   39 years | Male | Admitting: | Struby,DO,Christopher |

*Emergency Documentation*

Comment:

Print Date/Time:     11/25/2019 14:33 EST

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
|---|---|---|---|---|---|
| Date of Birth: | 08/24/1980 | Sex: | M   Race:  WHITE | Facility: | FAI |
| Encounter Date: | 11/22/2019 18:19 | Provider: | Nguyen, Thang RN | Unit: | B04 |

| **Date** | **Time** | **Value(%)  Air** | | **Provider** |
|---|---|---|---|---|

**Exam:**

    **General**

        **Appearance**

            ~~Yes: Appears Well, Alert and Oriented x 3~~

            No: Appears Distressed

**Comments**

    Inmate was given discharge instructions and night stock medications were given as ordered. Inmate given tape for keep left foot dry during showers. Instructed inmate to return daily at 9AM for wound care. Inmate verbalized understanding. Inmate instructed on procedure for getting his medical records.

**ASSESSMENT:**

    Condition Stable

**PLAN:**

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Discontinued Medication Orders:**

| **Rx#** | **Medication** | **Order Date** | **Prescriber Order** |
|---|---|---|---|
| *137904-FAI* | *Sulfamethoxazole/Trimeth 800mg /160mg tab* | *11/22/2019 18:19* | *Take one tablet  by mouth two times a day Take with a glassful of water for 10 days ***It is important to finish ALL of this medication*** - 3 day supply issued from NIGHT STOCK* |

                  **Discontinue Type:**   *Immediate*

                  **Discontinue Reason:** *discontinue*

                  **Indication:**

**Reconciled Medications:**

| **Source** | **Action** | **Type** | **Rx#** | **Medication** | **Order Detail** |
|---|---|---|---|---|---|
| BOP | Continue | Rx | Order | Acetaminophen 325 MG Tablet | 650 mg Orally  -  three times a day PRN x 5 day(s) |
| BOP | Continue | Rx | Order | Amoxicillin Capsule | 500 mg Orally  -  three times a day x 5 day(s) -- BEGIN ON 11/23/2019 |
| BOP | Continue | Rx | 135187-FAI | Atorvastatin 20 MG TAB | Take one tablet (20 MG) by mouth at bedtime |
| BOP | Continue | Rx | Order | Atorvastatin Tablet | Take one tablet (20 MG) by mouth at bedtime x 365 day(s) |
| BOP | Continue | Rx | Order | Ibuprofen Tablet | 600 mg Orally  -  three times a day PRN x 5 day(s) |
| BOP | Discontinue | Rx | 137904-FAI | Sulfamethoxazole/Trimeth 800mg /160mg tab | Take one tablet  by mouth two times a day Take with a glassful of water for 10 days ***It is important to finish ALL of this medication*** - 3 day supply issued from NIGHT STOCK |

                **Discontinue Reason:** discontinue

| Inmate Name: | MUNIZ, ROLANDO | | | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | | Sex: | M | Race: WHITE | Facility: | FAI |
| Encounter Date: | 11/22/2019 18:19 | | Provider: | Nguyen, Thang RN | | Unit: | B04 |

| Source | Action | Type | Rx# | Medication | Order Detail |
|--------|--------|------|-----|------------|--------------|
| | | OTC | | No known OTCs | |

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|------------------------|-------------|----------------------|----------|------------|----------|
| Podiatry | 11/23/2019 | 11/23/2019 | Routine | No | |

**Subtype:**

PODIATRY FOLLOW UP VISIT

**Reason for Request:**

Follow up in 1 week with Dr. Watson

**Disposition:**

Follow-up Daily

**Other:**

Patient allergies reviewed and needed updates applied during this visit. See Chart: Allergies for most recent patient allergy list.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 11/22/2019 | Counseling | Access to Care | Nguyen, Thang | Verbalizes Understanding |
| 11/22/2019 | Counseling | Plan of Care | Nguyen, Thang | Verbalizes Understanding |
| 11/22/2019 | Counseling | Wound Care | Nguyen, Thang | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Lopez de Lasalle, Abigail MD

**Telephone or Verbal order read back and verified.**

Completed by Nguyen, Thang RN on 11/22/2019 18:29

Requested to be cosigned by Lopez de Lasalle, Abigail MD.

Cosign documentation will be displayed on the following page.

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

| Patient Name: | F81986280, FEDERAL | | | | |
|---|---|---|---|---|---|
| MRN: | 900582366 | | | Admit: | 11/18/2019 |
| FIN: | 0079109963 | | | Disch: | 11/22/2019 |
| DOB/Age/Sex: | 8/24/1980 | 39 years | Male | Admitting: | Struby,DO,Christopher |

## Consultation Notes

**Vitals & Measurements**
T: 37.0 °C (Oral)  HR: 89 (Peripheral)  RR: 16  BP: 139/92  SpO2: 100%  HT: 188 cm  WT: 82 kg (Measured)  WT: 82.000 kg (Dosing)

**Allergies**
No Known Allergies

**Problem List/Past Medical History**
Ongoing
    Diabetes
    History of hyperlipidemia
Historical
    No qualifying data

**Medications**
Inpatient
    Vancomycin - Pharmacy to Dose (Rx), 1 EA, Misc, As Directed
Home
    atorvastatin 20 mg oral tablet, 20 mg, 1 tab, Oral, Daily
    sulfamethoxazole-trimethoprim 800 mg-160 mg oral tablet

**Social History**
Alcohol
    Denies use
Substance Use
    Denies

**Imaging Results (Last 24 Hours)**
No Results

**Lab Results**

Hematology
WBC: 9.5 x10^3/uL
(11/18/19 17:21:00)
RBC: 4.39 x10^6/uL
(11/18/19 17:21:00)
Hgb: 11.8 g/dl, Low
(11/18/19 17:21:00)
Hct: 35.9 % Low (11/18/19
17:21:00)
MCV: 81.7 fL (11/18/19
17:21:00)
MCH: 26.9 pg Low
(11/18/19 17:21:00)
MCHC: 32.9 g/dL Low
(11/18/19 17:21:00)
RDW: 14.3 % (11/18/19
17:21:00)
Platelets: 222 x10^3/uL
(11/18/19 17:21:00)
MPV: 9.6 fL (11/18/19
17:21:00)
Neutro Auto: 67.8 %

Chemistry
Glucose Level: 102
mg/dL High (11/18/19
17:21:00)
BUN: 19 mg/dL (11/18/19
17:21:00)
Creatinine Level: 0.8
mg/dL (11/18/19 17:21:00)
BUN/Creat Ratio: 23.8
mg/dL (11/18/19 17:21:00)
Sodium Level: 140 mmol/L
(11/18/19 17:21:00)
Potassium Level: 4.1
mmol/L (11/18/19
17:21:00)
Chloride Level: 105
mmol/L (11/18/19
17:21:00)
CO2: 25 mmol/L (11/18/19
17:21:00)
Anion Gap: 10 mmol/L
(11/18/19 17:21:00)

---

Report Request ID:  106973248

Print Date/Time:  11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

Inspira Medical Center Vineland

Patient Name: F81986280, FEDERAL
MRN:           900582366                        Admit:   11/18/2019
FIN:           0079109963                       Disch:   11/22/2019
DOB/Age/Sex: 8/24/1980   39 years   Male   Admitting: Struby,DO,Christopher

## Consultation Notes

Document Type:                      Consultation Note
Service Date/Time:                  11/18/2019 18:49 EST
Result Status:                      Modified
Document Subject:                   Consult Note
Sign Information:                   Watson,D.P.M.,John (11/19/2019 08:38 EST); Thomas,DPM
                                    PGY2,Michael (11/19/2019 08:12 EST)

Addendum by Watson, D.P.M., John on November 19, 2019 08:37:57 EST
Pending MRI to r/o OM due to elevated sed rate and CRP

Electronically Signed on 11/19/19 08:38 by Watson, D.P.M., John

Reason for Consultation
Left 2nd digit ulcer

Assessment/Plan
Left foot 2nd digit soft tissue infection vs osteomyelitis

-Patient seen and evaluated
-Left 2nd digit dorsal ulceration with no purulent drainage, erythematous, edematous, and no tenderness to palpation.

-Xrays left foot personally reviewed no OM, fracture or obvious infectious process noted.  Swelling of second digit noted. Please see official read.
-Wound cultures pending

-Dressing with betadine to left 2nd digit.

-Mri left foot ordered to evaluated soft tissue vs bone; pending
-Case was discussed with Dr. Watson who agrees with my above assessment and plan.

Chief Complaint
from fairton prison- left foot 2nd toe increasing wound, more swollen, painful, redness. not improving with antibiotics.

History of Present Illness
39-year-old male with past medical history of diabetes and hyperlipidemia is presenting for from presenting with complaints of left second digit foot infection. Patient reports that he has and ulcer on his left second digit on the dorsum of his foot that has been ongoing for 2 to 3 weeks.  Patient reports that he was placed on Bactrim, he reports that this has not helped his symptoms and and has otherwise been gradually worsening.  Patient reports that he does have some radiation of pain up into his foot at times, he reports that otherwise he has been having tactile fevers and subjective chills, otherwise he has not noticed other signs or symptoms at this time.

Review of Systems
14 Point Review of systems was conducted and is negative unless stated in the above HPI

Physical Exam
General: AAOx3, NAD.
HEENT: Normocephalic, normal hearing, moist oral mucosa, PERRL, EOMI, normal conjunctiva, no scleral icterus, no sinus tenderness.
Vascular: Dorsalis pedis and posterior tibial pulses +1/4 b/l.  Skin temperature warm to warm from proximal tibial tuberosity to distal digits b/l.  CFT less than 3s to hallux b/l.  Edema to left 2nd digit.
Neurological: Gross sensation intact b/l lower extremity.
Dermatological: Left 2nd digit dorsal ulceration with no purulent drainage, erythematous, edematous
Musculoskeletal: No pain on palpation to foot b/l.  4/5 muscle strength for all pedal muscle groups b/l.  Range of motion diminished to ankle joint, subtalar joint, midtarsal joint, and 1st metatarsophalangeal joint b/l.
Psychiatric: Cooperative, appropriate mood and affect.

Report Request ID:  106973248                    Print Date/Time:    11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

Patient Name:  F81986280, FEDERAL
MRN:            900582366
FIN:            0079109963                    Admit:    11/18/2019
                                             Disch:    11/22/2019
DOB/Age/Sex:  8/24/1980    39 years    Male    Admitting:  Struby,DO,Christopher

| *Consultation Notes* |
|---|

07:18:00)
Neutro Auto: 62.9 %
(11/20/19 07:18:00)
Lymph Auto: 26.7 %
(11/20/19 07:18:00)
Mono Auto: 7.6 %
(11/20/19 07:18:00)
Eos, Auto: 2.4 % (11/20/19
07:18:00)
Basophil Auto: 0.4 %
(11/20/19 07:18:00)
Neutro Absolute: 4.3
x10^3/uL (11/20/19
07:18:00)
Lymph Absolute: 1.8
x10^3/uL (11/20/19
07:18:00)
Mono Absolute: 0.5
x10^3/uL (11/20/19
07:18:00)
Eos Absolute: 0.2
x10^3/uL (11/20/19
07:18:00)
Baso Absolute: 0 x10^3/uL
(11/20/19 07:18:00)
NRBC Auto: 0 /100(WBCs)
(11/20/19 07:18:00)

Anion Gap: 7 mmol/L
(11/20/19 07:18:00)
Osmolality Calc: 285
(11/20/19 07:18:00)
Calcium Level: 9.4 mg/dL
(11/20/19 07:18:00)
eGFR AA: >60 (11/20/19
07:18:00)
eGFR Non-AA: >60
(11/20/19 07:18:00)

Electronically Signed on 11/20/19 13:46 by Khalaf, MD PGY4, Mahmoud

Report Request ID:  106973248                Print Date/Time:    11/25/2019 14:33 EST

11/25/2019 3:09:59 PM −0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

| Patient Name: | F81986280, FEDERAL | | |
|---|---|---|---|
| MRN: | 900582366 | Admit: | 11/18/2019 |
| FIN: | 0079109963 | Disch: | 11/22/2019 |
| DOB/Age/Sex: 8/24/1980 | 39 years | Male | Admitting: Struby,DO,Christopher |

---

### Consultation Notes

11/19/19 08:01:00
CLINICAL HISTORY: Left foot swelling and erythema.

TECHNIQUE: Multiplanar, multisequence MRI of the left foot.

COMPARISON: Left foot radiographs from 11/18/2019.

FINDINGS: There is intense bone marrow edema throughout the 2nd proximal and middle phalanges, with a skin ulcer dorsal to the 2nd PIP joint, compatible with septic arthritis/osteomyelitis. Erosive changes are also noted along the 2nd proximal phalangeal head. A fluid collection encircles the 2nd PIP joint, suspicious for an abscess. There is mild osteoarthritis across the 3rd and 4th Lisfranc joints. There is no fracture. The imaged joints are anatomically aligned.

IMPRESSION: Septic arthritis/osteomyelitis across the left foot 2nd PIP joint, as described. A fluid collection encircles the 2nd PIP joint, suspicious for an abscess.

Signed By: Bhagat, M.D., Nitesh N.

••••••••••••••••••••••••••••••••••••••••••••••••

XR Foot Complete 3+ Views Left

11/18/19 16:23:00
CLINICAL HISTORY: Left foot ulcer.

FINDINGS: Three views demonstrate no evidence of fracture dislocation left foot x-rays are negative.

IMPRESSION: Negative x-rays of the left foot.

Thank you

Signed By: Golestaneh, M.D., Fazlollah

**Lab Results**

| Hematology | Chemistry |
|---|---|
| WBC: 6.8 x10^3/uL | Glucose Level: 123 |
| (11/20/19 07:18:00) | mg/dL, High (11/20/19 |
| RBC: 4.51 x10^6/uL | 07:18:00) |
| (11/20/19 07:18:00) | BUN: 13 mg/dL (11/20/19 |
| Hgb: 12.2 g/dL, Low | 07:18:00) |
| (11/20/19 07:18:00) | Creatinine Level: 0.7 |
| Hct: 36.4 % Low (11/20/19 | mg/dL (11/20/19 07:18:00) |
| 07:18:00) | BUN/Creat Ratio: 18.6 |
| MCV: 80.5 fL (11/20/19 | mg/dL (11/20/19 07:18:00) |
| 07:18:00) | Sodium Level: 142 mmol/L |
| MCH: 27.1 pg Low | (11/20/19 07:18:00) |
| (11/20/19 07:18:00) | Potassium Level: 4.4 |
| MCHC: 33.6 g/dL | mmol/L (11/20/19 |
| (11/20/19 07:18:00) | 07:18:00) |
| RDW: 14.1 % (11/20/19 | Chloride Level: 107 |
| 07:18:00) | mmol/L (11/20/19 |
| Platelets: 242 x10^3/uL | 07:18:00) |
| (11/20/19 07:18:00) | CO2: 28 mmol/L (11/20/19 |
| MPV: 9.3 fL (11/20/19 | 07:18:00) |

---

Report Request ID:  106973248                Print Date/Time:   11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

*Muniz, Rolando*

**Inspira Medical Center Vineland**

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | F81986280, FEDERAL | | | | |
| MRN: | 900582366 | | Admit: | 11/18/2019 | |
| FIN: | 0079109963 | | Disch: | 11/22/2019 | |
| DOB/Age/Sex: | 8/24/1980 | 39 years | Male | Admitting: | Struby,DO,Christopher |

## *Consultation Notes*

**Physical Exam**
General: Alert and oriented, well nourished, no acute distress.
Eye: PERRL, normal conjunctiva.
HENT: Normocephalic, moist oral mucosa.
Neck: Supple, non-tender, no JVD.
Lungs: Clear to auscultation bilaterally, non-labored respiration.
Heart: Normal rate, regular rhythm, no murmur, gallop, trace bilateral lower extremity edema.
Abdomen: Soft, non-tender, non-distended, normal bowel sounds, no masses.
Musculoskeletal: Markedly swollen Left 2nd digit. NO purulent drainage, however it is erythematous and edematous, and no tenderness to palpation.
Skin: Skin is warm, dry and pink, no rashes or lesions.
Neurologic: Awake, alert, and oriented X3, CN II-XII intact.
Psychiatric: Cooperative, appropriate mood and affect.

**Vitals & Measurements**
T: 36.0 °C (Temporal Artery) HR: 77 (Peripheral) RR: 16 BP: 110/56 SpO2: 99%

**Allergies**
No Known Allergies

**Problem List/Past Medical History**
Ongoing
    Diabetes
    History of hyperlipidemia
Historical
    No qualifying data

**Procedure/Surgical History**
Denies surgeries in the past

**Medications**
Inpatient
    acetaminophen, 650 mg, 2 tab, Oral, q4hr, PRN
    atorvastatin, 20 mg, 1 tab, Oral, Bedtime
    cefepime, 2 g, 20 mL, IV Push, q8hr
    Dextrose, 16 g, 4 tab, Oral, As Directed, PRN
    Dextrose 50% in Water, 12.5 g, 25 mL, IV Push, As Directed, PRN
    glucagon, 1 mg, IM, As Directed, PRN
    Lovenox, 40 mg, 0.4 mL, Subcutaneous, Daily
    NovoLOG Sliding Scale LOW, Sliding Scale, Subcutaneous, QID(ACHS)
Home
    atorvastatin 20 mg oral tablet, 20 mg, 1 tab, Oral, Daily, Not taking

**Social History**
Alcohol
    Denies use
Substance Use
    Denies

**Family History**
Non-Contributory

**Imaging Results (Last 24 Hours)**
MRI Foot w/o Contrast Left

---

| | | |
|---|---|---|
| Report Request ID: 106973248 | Print Date/Time: | 11/25/2019 14:33 EST |

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

| | | | | |
|---|---|---|---|---|
| Patient Name: | F81986280, FEDERAL | | | |
| MRN: | 900582366 | | Admit: | 11/18/2019 |
| FIN: | 0079109963 | | Disch: | 11/22/2019 |
| DOB/Age/Sex: | 8/24/1980   39 years   Male | | Admitting: | Struby,DO,Christopher |

---

## Consultation Notes

Document Type:
Service Date/Time:
Result Status:
Document Subject:
Sign Information:

Consultation Note
11/20/2019 09:48 EST
Modified
ID Consult Note
Galetto,M.D.,David W.(11/20/2019 16:20 EST); Khalaf,MD
PGY4,Mahmoud (11/20/2019 13:46 EST)

**Addendum by Galetto, M.D., David W. on November 20, 2019 16:18:27 EST**
I examined the patient independently and discussed management with the fellow. I reviewed the fellow's note and agree with the documented findings, assessment and plan as written, except where noted by me. Second toe abscess with septic arthritis and contiguous osteomyelitis. Antibiotic therapy can be narrowed as group B strep is the pathogen. Duration and route to be determined by the operative procedure.

Electronically Signed on 11/20/19 16:20 by Galetto, M.D., David W.

**Reason for Consultation**
Diabetic Ulcer - Osteomyelitis

**Assessment/Plan**
Abscess of 2nd Toe with associated Septic arthritis and Osteomyelitis
Diabetic foot ulcer

Pt failed outpatient PO abx therapy (Bactrim ~8days) presents with a very enlarged infected toe. MRI shows septic arthritis with an associated abscess. Nevertheless showed Osteomyelitis of the 2nd left toe. This is infection that has likely been going on for a while and not acute.
He was initially on Vancomycin and Cefepime and today he is on Cefepime alone as his wound culture grew GPC.
Change his Cefepime to Ceftriaxone 2g IV Q24hr. Depending on how his surgery/amputation goes today, we will tailor his abx regimen. A communication order was placed to obtain results of his wound cultures from prison as well. Anticipate short duration of abx.

**Chief Complaint**
from fairton prison- left foot 2nd toe increasing wound, more swollen, painful, redness. not improving with antibiotics.

**History of Present Illness**
Patient is a 39-year-old male with a past medical history of diabetes, hyperlipidemia, presented to the hospital complaining of left second toe wound that has worsened despite outpatient antibiotics.
Patient is a inmate at Fairton prison.
Patient reports that he has had an infection in the second digit of his left foot for the last 3 weeks. He believes it started off as an ulcer that has progressively been getting worse. Patient does not recall when the ulcer started exactly however he reports that he noticed a blister there a few weeks ago and it worsened with using boots that he that he believes may have caused his infection.
Patient was started on Bactrim prior to presentation. Duration was
Nevertheless he reported that he used to be on anti-diabetic medication however he was taken off it as his HbA1c was ~6.
He reported pain at the site along with subjective fevers and chills.
In the ED he was found to be hemodynamically stable.
He did not appear to have a white count on his CBC. X-rays done initially in the ED of the foot show some soft tissue swelling however could not rule and osteomyelitis. Of note patient's ESR and CRP were elevated at 69 and 4.9 respectively he was started on broad-spectrum antibiotics IV Vanco and cefepime in the ED.
He was evaluated by podiatry, and an MRI of the foot was ordered which showed septic arthritis/osteomyelitis on the left foot second PIP joint with a fluid collection that is suspicious for an abscess patient is scheduled tentatively.
To go to the OR today for left second digit amputation.

**Review of Systems**
14 point ROS reviewed and negative except as mentioned above

---

Report Request ID:  106973248                                Print Date/Time:      11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

Patient Name:  F81986280, FEDERAL
MRN:           900582366                          Admit:        11/18/2019
FIN:           0079109963                         Disch:        11/22/2019
DOB/Age/Sex:   8/24/1980    39 years    Male      Admitting:    Struby,DO,Christopher

---

## Discharge Documentation

Document Type:                                    Discharge Summary
Service Date/Time:                                11/22/2019 14:08 EST
Result Status:                                    Auth (Verified)
Document Subject:                                 Discharge Summary with Physical Exam Note
Sign Information:                                 Agbo,DO PGY1,Kimberley (11/23/2019 20:36 EST)

**Arrival Date**
11/18/2019

**Discharge Date**
11/22/2019

**Discharge Diagnosis**
Diabetic ulcer of toe, 11/18/2019

Osteomyelitis
Diabetes
Hyperlipidemia

**Condition on Discharge:**
Stable

**Hospital Course**
Patient is a 39 year male with PMH of diabetes and HLD who presented to the ED from federal prison with nonhealing left toe wound.
Patient reports he had an infection of his left foot on the 2nd digit for 3 weeks. He was started on Bactrim outpatient with no improvement.
Patient reported not taking diabetes medication since being a the prison because he HbgA1c was 6.1 in the ED CRP and ESR were noted
to be elevated. He was afebrile with a normal white count. Foot XR showed no findings of osteomyelitis. Podiatry was consulted from the ED
and they ordered MRI. Cultures of wound were obtained and patient received 1 dose of IV vancomycin. Patient was started on Cefepime
pending couture and MRI findings. MRI showed findings consistent with osteomyelitis and culture grew group B strep. Antibiotics were
switched to Ceftriaxone. Patient underwent left 2nd metatarsal amputation with podiatry 11/20/19. Procedure was considered to be curative.
Antibiotics were downgraded to oral amoxicillin. Patient was discharged back to prison with these antibiotics on 11/22/2019 in stable
condition.

**Procedures/Treatments Provided**
| Procedure | Date | Performed By |
|---|---|---|
| Amputation Foot | 11/20/2019 | Watson, D.P.M., John |

**Immunizations This Visit**
No Immunizations This Visit

**Discharge To:**
To Jail/Prison

**Care Team**
**Attending Physician -**
Struby, DO, Christopher

**Consulting Physician -**
Atthota, M.D., Vakula D.
Galetto, M.D., David W.
Watson, D.P.M., John

**Primary Care Physician -**
Copare, M.D., Fiore J.
Non-Staff, Provider
Non-Staff, Provider

---

Report Request ID:  106973248                     Print Date/Time:    11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

*Muniz, Rolanda*

**Inspira Medical Center Vineland**

Patient Name:  F81986280, FEDERAL
MRN:  900582366
FIN:  0079109963
DOB/Age/Sex:  8/24/1980   39 years   Male

Admit:  11/18/2019
Disch:  11/22/2019
Admitting:  Struby,DO,Christopher

---

## *Discharge Documentation*

**Allergies (Reaction)**
No Known Allergies

**Discharge Medications**

| | What | How Much | When | Instructions |
|---|---|---|---|---|
| New | amoxicillin (amoxicillin 600 mg oral capsule) | 1 Capsules Oral (given by mouth) | 3 times a day | Duration: 5 Days |
| Unchanged | atorvastatin (atorvastatin 20 mg oral tablet) | 1 tab Oral (given by mouth) | Every day | |

| | What | When | Comments |
|---|---|---|---|
| Stop Taking | sulfamethoxazole-trimethoprim (sulfamethoxazole-trimethoprim 800 mg-160 mg oral tablet) | | |

**Follow Up Appointments**

Follow Up with Watson, D.P.M., John
When

Why: Follow up with Dr. Watson within 1 week of discharge.

Where: 507 North Main St
Glassboro, NJ 08028-
8568812525

Follow Up with Non-Staff, Provider
When Within 1 week

**Physical Exam**

  Vitals & Measurements
T: 36.2 °C (Temporal Artery)  HR: 85 (Peripheral)  RR: 16  BP: 120/75  SpO2: 97%
General: Alert and oriented, well nourished, no acute distress.
Eye: PERRL, normal conjunctiva.
HENT: Normocephalic, moist oral mucosa.
Neck: Supple, non-tender, no JVD.
Lungs: Clear to auscultation bilaterally, non-labored respiration.
Heart: Normal rate, regular rhythm, no murmur, gallop, no bilateral lower extremity edema.
Abdomen: Soft, non-tender, non-distended, normal bowel sounds, no masses.
Musculoskeletal: Normal range of motion and strength, no tenderness or swelling.
Skin: Skin is warm, dry and pink, no rashes or lesions.
Ext: Left foot wrapped up to knee, no oozing or bleeding noted
Neurologic: Awake, alert, and oriented X3, CN II-XII intact.
Psychiatric: Cooperative, appropriate mood and affect.

**Patient Discharge Instructions:**

  Diet
Your diet: Diet as tolerated unless specified
Your diet: Diet as tolerated unless specified

---

Report Request ID:  106973248

Print Date/Time:   11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

**Inspira Medical Center Vineland**

Patient Name: F81986280, FEDERAL
MRN: 900582366
FIN: 0079109963
DOB/Age/Sex: 8/24/1980    39 years    Male

Admit: 11/18/2019
Disch: 11/22/2019
Admitting: Struby,DO,Christopher

---

## Operative Record

Culture Tissue/Bone (LEFT 2ND TOE BONE,Bone,Foot L)

### Complications
None

### Description of Procedure
Patient presented to preoperative holding for surgical intervention of the left foot. NPO status since midnight was confirmed along with all the history and physical exams and all preoperative studies were reviewed revealing no contraindications to the proposed procedure. All conservative measures had been exhausted and thus the patient opted for surgical intervention at this time. The patient understood all risks and benefits and verbalized understanding. All questions were answered with no guarantees were given or implied as to the outcome of the procedure. Surgical consent was signed and verbalized along with a copy placed in the patient's chart. The surgical site on the operative foot was marked with indelible ink risks. Patient was administered IV medications by the anesthesia team.

The patient was then transferred to the operating room and placed on the operating table in a supine position. IV sedation was administered per anesthesia staff and supplemented total of 10 cc's of 1% lidocaine plain 0.5% Marcaine plain injected in a digital block fashion. The operative foot was then prepped and draped in usual aseptic manner and lower to the operating table.

Attention was then directed to the left second digit. Using a marking pen a tennis racquet incision. with the linear arm extending over the proximal phalanx, was drawn around the left 2nd digit. Using a sharp #15 blade incision was carried down to bone. The second digit was disarticulated at the level of the MTPJ. A #15 blade was used to remove and free any soft tissue attachments. The remaining tissue was healthy, granular and normal in appearance without necrosis. The site was copiously irrigated using sterile saline and a pulse lavage system. The remaining metatarsal head appeared to be healthy. The metatarsal was healthy, hard, clean and free of any signs of breakdown. Proximal margin taken from removed proximal phalanx and sent for pathology and micro analysis. Healthy bleeding was noted. Deep closure was performed using 3-0 Vicryl sutures in a simple interrupted fashion. The dorsal and plantar linear arms of the incision were reapproximated and the incision was closed using 3-0 Prolene with sutures in a simple interrupted fashion. The postoperative foot was dressed with Betadine soaked Adaptic to the incision line, 4 x 4's, Kerlix, Ace.

The patient tolerated the procedure and anesthesia well. The patient was then transferred back to the PACU in stable condition. All vital signs are stable. No complications to the procedure.

Electronically Signed on 11/21/19 06:03 by Patel, DPM PGY1, Ekta
Electronically Signed on 11/21/19 09:18 by Watson, D.P.M., John

---

Report Request ID: 106973248

Print Date/Time:    11/25/2019 14:33 EST

11/25/2019 3:09:59 PM -0500 FAXCOM

Muniz, Rolando

Inspira Medical Center Vineland

Patient Name:   F81986280, FEDERAL
MRN:            900582366                           Admit:     11/18/2019
FIN:            0079109963                          Disch:     11/22/2019
DOB/Age/Sex:  8/24/1980   39 years   Male           Admitting: Struby,DO,Christopher

## Operative Record

Document Type:                      Operative Report
Service Date/Time:                  11/20/2019 17:12 EST
Result Status:                      Auth (Verified)
Document Subject:                   Operative Report
Sign Information:                   Watson,D.P.M.,John (11/21/2019 09:18 EST); Patel,DPM
                                    PGY1,Ekta (11/21/2019 06:03 EST)

**Date of Service**
11/20/2019

**Indication for Surgery**
Left second digit osteomyelitis with nonhealing ulcer.  MRI indicated osteomyelitis throughout the left second digit PIPJ, also suspect for possible abscess.

**Preoperative Diagnosis**
OSTEOMYELITITS LEFT 2ND TOE/LEFT 2ND TOE ABSCESS

**Postoperative Diagnosis**
OSTEOMYELITITS LEFT 2ND TOE/LEFT 2ND TOE ABSCESS

**Procedures Performed**
Amputation Foot, SECOND TOE AMPUTATION LEFT FOOT

**Surgeon(s)**
Watson, D.P.M., John (Surgeon - Primary)

**Assistant**
Ekta Patel PGY 1

**Type of Anesthesia**
Monitored Anesthesia Care
Durrani, M.D., Muhammad I. (Anesthesiologist of Record)
Wilson, C.R.N.A, Brandi (CRNA - Assisting)

**Urine Output**
None

**Estimated Blood Loss**
15 cc

**Drains**
None

**Packing**
None

**Implants**
None

**Findings**
Left foot second digit amputation with nonhealing dorsal foot ulcer.  The remaining metatarsal bone was hard, healthy, clean, free of any signs of breakdown.  The remaining soft tissue was noted to be healthy, bleeding, granular.
Proximal margin taken from removed proximal phalanx and sent for pathology and micro analysis.
Amputation considered to be curative in nature.

**Specimen(s)**
Pathology Specimen Request (LEFT 2ND TOE,AP Specimen)

Report Request ID:  106973248                        Print Date/Time:   11/25/2019 14:33 EST

*Muniz, Rolando*

**Inspira Medical Center Vineland**

Patient Name: F81986280, FEDERAL
MRN: 900582366                                    Admit:       11/18/2019
FIN: 0079109963                                   Disch:       11/22/2019
DOB/Age/Sex: 8/24/1980   39 years   Male          Admitting:   Struby,DO,Christopher

---

## *Emergency Documentation*

Document Type:                    ED Clinical Summary
Service Date/Time:                11/18/2019 20:57 EST
Result Status:                    Auth (Verified)
Document Subject:                 ED Clinical Summary
Sign Information:                 Corsey,RN,Katelyn (11/18/2019 20:57 EST)

ED Clinical Summary

Inspira Medical Center Vineland
1505 W. Sherman Avenue
Vineland, NJ 08360
(856) 641-8000
Discharge Instructions (Clinical)

---

PERSON INFORMATION
Name: F81986280, FEDERAL DOB: 8/24/1980 Age: 39 Years
MRN: 900582366 FIN: 0079109963
Address and Phone: FAIRTON FEDERAL PRISON FAIRTON NJ 08320 (856)453-1177

DISCHARGE INFORMATION
Date of Discharge:
Diagnosis: Diabetic ulcer of toe; Failure of outpatient treatment

PROVIDERS
Primary Care Provider:
Name: Non-Staff, Provider
Phone:
Emergency Department Providers:

| Provider | Role | Assigned | Unassigned |
|---|---|---|---|
| Kelley, D.O., Cecylia | ED Provider | 11/18/2019 15:48:23 | |
| Chang, D.O. PGY3, Robert | ED Resident | 11/18/2019 15:48:29 | |
| Leano, RN, Cristencia | ED Nurse | 11/18/2019 15:50:00 | |
| Pitman, Jessica | ED Reg Clerk | 11/18/2019 15:56:48 | |

Comment:

MEDICAL INFORMATION
Vitals Information:

| Vital Sign | Triage | Latest |
|---|---|---|
| Temp Oral | | |
| Temp Axillary | | |

---

Report Request ID:  106973248                    Print Date/Time:   11/25/2019 14:33 EST

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Scanned Date: | 11/27/2019 14:34 EST | | | Facility: | FAI |

Reviewed by Lopez de Lasalle, Abigail MD on 11/29/2019 10:26.

# Bureau of Prisons
## Health Services
## Medical Duty Status

| Reg #: 81986-280 | Inmate Name: MUNIZ, ROLANDO |
|---|---|

### Housing Status

_X_ confined to the living quarters except  _X_ meals  .  ___ pill line  _X_ treatments      Exp. Date: ___01/01/2020___

___ on complete bed rest: ___ bathroom privileges only      Exp. Date: _____

_X_ cell:  ___ cell on first floor  ___ single cell  _X_ lower bunk  ___ airborne infection isolation    Exp. Date: ___11/01/2020___

___ other: _____    Exp. Date: _____

### Physical Limitation/Restriction

_X_ all sports      Exp. Date: ___01/01/2020___

___ weightlifting:  ___ upper body  ___ lower body      Exp. Date: _____

___ cardiovascular exercise:  ___ running  ___ jogging  ___ walking  ___ softball      Exp. Date: _____
___ football  ___ basketball  ___ handball  ___ stationary equipment

___ other: _____    Exp. Date: _____

### May have the following equipment in his / her possession:

| Equipment | Start Date | End Date | Return Date |
|---|---|---|---|
| Medical Shoes | 11/22/2019 | | |
| Alternate Institutional Shoes | 06/16/2017 | 11/01/2020 | |

### Work Restriction / Limitation:

Cleared for Food Service:  Yes _____

_X_ No Restrictions

**Comments:** N/A

| Nguyen, Thang RN | 11/28/2019 |
|---|---|
| Health Services Staff | Date |

Inmate Name: __**MUNIZ, ROLANDO**__    Reg #:  **81986-280**    Quarters:  **B04**

*ALL EXPIRATION DATES ARE AT 24:00*

# Bureau of Prisons
# Health Services
# Immunizations

| Begin Date: | 11/29/2018 | End Date: | 11/29/2019 |
|---|---|---|---|
| Reg #: | 81986-280 | Inmate Name: | MUNIZ, ROLANDO |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Exp Date |
|---|---|---|---|---|---|---|---|
| Influenza - Immunization | 10/11/2019 | Now | Left Deltoid | 0.5mL | GSK | 5mm97 | 06/30/2020 |

    FLUARIX QUADRIVALENT

       **Orig Entered:** 10/11/2019 11:09 EST   Anderson, Rita RN

**Total:** 1

| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: M | Race: WHITE | Facility: | FAI |
| Encounter Date: | 12/02/2019 08:20 | Provider: | Fuller, Kayla PA | Unit: | B04 |

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/02/2019 | Counseling | Plan of Care | Fuller, Kayla | Verbalizes Understanding |

PLAN:
1. DM
- Reviewed labs, last A1c=6.9% up from 6.1%
- Will restart Metformin 500 mg BID, discussed started at 500 daily and increased to 500 BID if he has any GI upset or issues
- Can f/u with sick call request with any other concerns or questions

2. S/P 2nd toe partial amputation: Wound looks good today, no signs of infection
- Continue wound care as you are
- Due for F/U with podiatry soon
- Discussed that they will remove sutures

3. Abnormal labs
- Reviewed labs, had low testosterone at 233 and elevated sed rate, will repeat

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Fuller, Kayla PA on 12/02/2019 09:04

Requested to be cosigned by Lopez de Lasalle, Abigail MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
### Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | MUNIZ, ROLANDO | | | Reg #: | 81986-280 |
| Date of Birth: | 08/24/1980 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/02/2019 08:20 | Provider: | Fuller, Kayla PA | Facility: | FAI |

**Cosigned by Lopez de Lasalle, Abigail MD on 12/02/2019 14:44.**

Inmate Name: MUNIZ, ROLANDO                                         Reg #:  81986-280
Date of Birth:  08/24/1980                    Sex:  M   Race:  WHITE     Facility:  FAI
Encounter Date:  01/07/2020 12:31             Provider:  Lopez de Lasalle, Abigail   Unit:  B04

1. Pt is currently working in Kitchen. I did speak with his supervisor who advised he is standing most of the time. PLAN: Have Pt terminated from current employment due work conditions which could contribute to worsening his condition or slowing down the healing process.

2. Pt will be evaluated tomorrow by Podiatrist. In preparation for this evaluation I have order new X ray of bilateral feet.

3. Medical Shoe wear: special shoes have been ordered. we are pending delivery of the same.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 01/07/2020 | Counseling | Plan of Care | Lopez de Lasalle, Abigail | Verbalizes Understanding |

PLAN:
1. Pt is currently working in Kitchen. I did speak with his supervisor who advised he is standing most of the time. PLAN: Have Pt terminated from current employment due work conditions which could contribute to worsening his condition or slowing down the healing process.
2. Pt will be evaluated tomorrow by Podiatrist. In preparation for this evaluation I have order new X ray of bilateral feet.
3. Medical Shoe wear: special shoes have been ordered. we are pending delivery of the same.

Copay Required: No                    Cosign Required: No
Telephone/Verbal Order:  No

Completed by Lopez de Lasalle, Abigail MD on 01/07/2020 13:04

*EXHIBIT - 4*

Administrative Remedy No. 1005402-A2
Part B - Response

This is in response to your Central Office Administrative Remedy
Appeal wherein you allege deliberate indifference you have
received inadequate medical care for a left foot wound.  You
claim your clinical provider exposed you to substantial risk of
harm and was the proximate cause of your toe amputation.  For
relief, you request an investigation, a copy of your entire
medical record and monetary compensation.

FEB 15 2022

We have reviewed documentation relevant to your appeal and,
based on our findings, concur with the manner in which the
Warden and Regional Director responded to your concerns at the
time of your Request for Administrative Remedy and subsequent
appeal.  Based on this information, there is no evidence to
substantiate your claim of being denied appropriate medical
care.  We also do not find evidence to substantiate your
contention of deliberate indifference on the part of medical
staff; therefore, we find no rational warranting your request
for investigation.

Regarding your request for your entire medical record, you can
submit an Inmate Request to Staff form to request the portion of
your medical record you would like to acquire.

Regarding your request for monetary compensation, Program
Statement 1330.18, Administrative Remedy Program, does not
provide such relief.  There are statutorily-mandated procedures
in place for addressing such requests.  Therefore, your request
will not be considered in this response.

The record reflects you have received medical care and treatment
in accordance with evidence based standard of care and within
the scope of services of the Federal Bureau of Prisons.  You are
encouraged to comply with proposed medical treatment so Health
Services can continue to provide essential care and to contact
medical personnel through routine sick call procedures should
your condition change.

Considering the foregoing, this response is provided for
informational purposes only.


6/21/21
_____
Date

_____
Ian Connors, Administrator
National Inmate Appeals

*EXHIBIT- 5*

## AFFIDAVIT OF ROLANDO MUNIZ

Having been duly sworn under the penalty of perjury, I, Rolando Muniz, state the following:

1. My name is Rolando Muniz, #81986-280. I am a Federal inmate at FCI Otisville.

2. Even before I was in the Federal Holding in San Antonio, TX GEO in 2011, I was a diabetic. So upon my arrival at the Federal Holdover, my health care provider immediately placed me on diabetic medicine;

3. Thereafter, when I was transferred to FCI Mariana, I was under the medical care of Ms. Gardner, who for years had regulated and controlled the dose of my Metformin and other medicine based on my A1C readings. To avoid diabetic ulcers, Dr. Garner prescribed me the soft shoes and bottom bunk pass.

4. During my stay in FCI Mariana, I was seen by a foot doctor, who checked my foot ulcers and who agreed with the regimen of Dr. Gardner;

5. Sometime in March 2018, I dropped out of the gang life and signed a drop out package. So on September 18, 2018, as a part of debriefing procedure, I was placed in FCI Mariana SHU, where I stayed for over 10 months. However, due to Hurricane in Florida we were briefly transferred to FCI Yazoo; but Dr. Gardner continued to be my medical provider;

6. During the 10 months period in the SHU I practically starved and my A1C came down to 6.1. So sometime in June 2019,

when I was still in SHU, Dr. Alexander reduced my diabetes
medicine to 500 gms per day;

7.   In July 2019, I was transferred to FCI Fairton and
released to the general population, where I was free to get my
commissary and eat like other inmates in the prison;

8.   On July 10, 2019 I was seen by my new medical health
care provider, Dr. Abigail Lopez de Lasalie (Dr. Lopez), who
told me that she did not think I needed to be on the diabetes
medicine because my A1C was 6.1. So she was taking me off the
medicine, taking me off the soft shoes, and taking away my
bottom bunk pass. She said that she will not make BOP pay for
something which was not required;

9.   I pleaded to Dr. Lopez that I had been a diabetic for
over 10 years, and that the reduction of A1C to 6.1 was
temporary and due to the fact that I had been starving in the
SHU for the past 10 months. I also requested Dr. Lopez to wait
until the new blood report to discontinue my diabetes medicine.
Dr. Lopez refused to even check my foot ulcers;

10.   Ignoring my pleas, Dr. Lopez immediately took me off
my diabetes medicine, soft shoe pass and bottom bunk pass and
forced me to wear the hard institutional boots and to cell on
the top bunk in the prison;

11.   Less than 3 months after the discontinuation of my
medicine, my sugar levels and A1C levels increased and my
diabetic ulcers were full of puss and were painful;

12.   On November 7, 2019, I was seen by medical  staff who
scheduled me for a daily wound care and ordered for a wound

2

culture.  However, on 60% of the days the medical staff refused
to care for my wound citing one excuse of the other;

13.  On Saturday, November 16, 2019 when I was in extreme
pain, I showed my wound to the Unit Officer D. Sterling and
requested him to call medical and to ask them to check out my
foot ulcers.  Officer Sterling told me that the medical staff
had told him to tell me to come to medical the next day;

14.  The next day, on Sunday, November 17, 2019, I again
requested Officer Sterling to call medical and he once again
told me that the medical had told him to tell me to come the
next day on Monday.  However, the medical staff later lied on
the medical records that I had refused to come to the medical
for my wound care;

15.  By Monday, November 18, 2019, my foot ulcer was
festering with puss oozing out and I was in extreme pain.  So
in the chow line I showed my wound to HSA Murphy and also asked
him if he had received my e-mails.  HSA Murphy immediately took
me to the medical and I was seen by Dr. Magan, who told HSA
Murphy that I needed to be transported  to Emergency Room
immediately.

16.  I was taken to Inspiria County Hospital, where I was
seen by Dr. Patel and Dr. Watson. I told them all the facts of
how I was diabetic and how I had been taken off the diabetes
medicine in July by Dr. Lopez.  I was placed on antibiotics,
which was changed after the culture;

17.  On Tuesday, November 19, 2019, Dr. Patel and Dr.
Watson performed an MRI and determined that the infection had

3

spread to the bone and that they had no choice but to amputate
my toe;

18. Next day on Wednesday, November 20, 2019, Dr. Patel
~~and Dr. Watson amputated my toe and two days later I was~~
discharged from the hospital and returned back to prison;

19. A few days after my return to prison the medical staff
learned that my A1C levels had gone up, and on December 2, 2019
I was once again placed on Diabetes medicine where I remain
today. Last time I remember my A1C was close to 7.5.

FURTHER THE AFFIANT SAYETH NAUGHT.

Rolando Muniz, #81986-280

1-10-20