```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

_____ :
                                     :
ROLANDO MUNIZ,                       :
                                     :
        Plaintiff,                   :    Civ. No. 22-0816 (NLH) (MJS)
                                     :
   v.                                :    ORDER
                                     :
                                     :
UNITED STATES OF AMERICA,            :
et al.,                              :
                                     :
        Defendants.                  :
_____ :

For the reasons expressed in the accompanying Opinion,

IT IS on this  7th  day of December , 2023,

ORDERED that Defendants' motion to dismiss, ECF No. 22, be, and the same hereby is, GRANTED; and it is further

ORDERED that the Eighth Amendment claims against Defendants Abigail Lopez de Lasalle and John and Jane Does, be, and the same hereby are, DISMISSED WITH PREJUDICE, Fed. R. Civ. P. 12(b)(6); and it is further

ORDERED that the Federal Tort Claims Act claim against the United States be, and the same hereby is, DISMISSED WITHOUT PREJUDICE, Fed. R. Civ. P. 12(b)(1); and it is finally

ORDERED that the Clerk of the Court mark this case CLOSED.

At Camden, New Jersey                   s/ Noel L. Hillman
                                        NOEL L. HILLMAN, U.S.D.J.