Gregory J. Irwin, Esq., Attorney I.D. # G16798
 51-5485  (13)
**Harwood Lloyd, LLC**
130 Main Street
Hackensack, New Jersey 07601
(201) 487-1080

| | |
|---|---|
| *Plaintiff*<br><br>ROLANDO MUNIZ,<br><br>                    *vs*.<br>*Defendants*<br><br>UNITED STATES OF AMERICA, ET AL. | UNITD STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CASE NO.: 22-cv-00816 (NLH-MJS)<br><br>**NOTICE OF APPEAL** |

    Notice is hereby given that Rolando Muniz, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of the District Court granting Defendants' Motion to Dismiss, which was entered in this Court on December 7, 2023.

    This Notice is being filed on Plaintiff's behalf as a courtesy to incoming counsel, without the undersigned committing himself to representing Plaintiff for the purposes of appeal.  It is the undersigned's understanding that, pursuant to the Court's August 9, 2022 Order, the undersigned's appointment was only for proceedings before the District Court and is now terminated.

Respectfully submitted,

BY: _____
Gregory J. Irwin, Esq. (Atty. ID # G16798)
HARWOOD LLOYD, LLC
130 Main Street
Hackensack, New Jersey 07601

{05291182_1}

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that I have electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorney of record.

                                              Respectfully submitted,

BY: _____
              Gregory J. Irwin, Esq. (Atty. ID # G16798)
              HARWOOD LLOYD, LLC
              130 Main Street
              Hackensack, New Jersey 07601

{05291182_1}